IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2005 JUN 14 A 9:39

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA

Leonard E. Dorsey )
Full name and prison number )
of plaintiff(s) )
 )
v. )    CIVIL ACTION NO. 2:05CV565-T
 )    (To be supplied by Clerk of
Covington Co. Comm: Greg White )    U.S. District Court)
Sheriff: Anthony Clark )
Adm: Jerry Edgar )
Chief Jailor: Dorene Nelson )
C/O: ~~Rodney Burket~~ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )


I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO ( ✓ )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO ( ✓ )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s)  N/a

            Defendant(s)  N/a


        2.  Court (if federal court, name the district; if
            state court, name the county)  n/a

3. Docket number _____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Covington Count Jail 290 Hillcrest Dr Andalusia Al 36420

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Covington County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Covington County Commissioner (Greg White) | |
| 2. Sheriff: Anthony Clark | |
| 3. Cheif Jailor: Dorene Nelson | |
| 4. Adminastration: Jerry Edegae | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 2005-4-26 Time: 12:35 pm

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: 1 Amendment Rights of the Constitution of U.S.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

(1) To Redress of Grievance at this Jail

GROUND TWO: 5th Amendment Rights of the constitution of the U.S.

SUPPORTING FACTS: Because of the Due process Violations in My Complaint that i have Stated

GROUND THREE: My 14th Amendment Rights of Constitution of the U.S.

SUPPORTING FACTS: That Equally protect my Interest that the Jail has not Honoured by neglecting my needs

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

To better the living situation at this jail And put a stop to these violations as stated in complaint. Also Injunctive Relief summary of $300,000.00

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 12/7/03
             (Date)

_____
Signature of plaintiff(s)

Patricia J. Sweatt
Notary Public
1-29-09