# Attachments

IN THE UNITED STATES DISTRICT COURT

FOR

The Middle District of Alabama

RECEIVED

2005 JUN 14 A 9:39

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I leonaRD E. DoRsey. Am not leaRned in Law
and have a mental condition and have Taied
to get help thru the C.C.J by Requesting
FoR treatment by Professionals FRom mental
Health and am being denied this medical
TReatment and am not getting a Response
to my Requests At Covington County Sail.
By Right i should get a Response to those
Request in a timely fashion. Iam Suffering
Emotionally to the of "BReaking down."
Need appropiate medical Attention and am
not getting it. I Believe that the Law
Requires Jails to offer PAopea medical Attention
which Violates my PRivilege to obtain medical
TReatment in a Timely fashion. which i believe
Violates Due PRocess of Law under the 5th
Amendment of the Constitution of U.S. And the
14th Amendment garantees me Equal PRotection
under the constitution of U.S. . My emotienal
PRoblems are due to PRoblems in legal matters
as well as the way Im being treated at
this Sail. I believe the way this Sail
is Run and the things that are Going on
here are cruel and this is not helping me.

Either. Its Just making my mental condition worse and I don't feel like the People that are in charge of the day to day Running of this Jail even care.

Its neglect of duty and its their Job to see that an inmate basic needs are Taking care of and I don't feel that they are doing their Job. and these are the Reason I am filing this Claim against Covington County Jail. I'm giving a list of Reason of things that are going on at this time at this Jail and i believe its wrong and cruel.

Certificated. of service by United States Postal To middle District court

Leonard Dorry

Patricia A. Sweatt
Notary Public
1-29-09

State Inmates / Pretrial Detainees
Violent crime / none violant
"Rawdy and Violant Inmates"

(1) I Leonard Dorsey and Inmate
Basic Shine "Fought" 3/6/05 chow line

(2) Alfrito Cubin and Imate Jamie
Fought 5/11/05

(3) Ervin Knight and Brian Stack's
Fault 5/19/05

(4) Basic Shine and Micheal Fegan
Fault 5/15/05

(5) Due to Phone Call as well as a letter
Stating problems with mother Request
C/o to Remove him from B/Block decided
thrown TV to floor in mist of other
Inmates could have cause harm to Someone
also has tried to hang him self
Has a History of Violant Crime State
Inmate housed with pretrial Detainees

(6) B Block alone has overdege about 1
to 2 fights per week

7. Custom Harris Slipped on floor due to
water leak from Roof Sunt to Hospital

(1) "Medical Attention" is very poor. My needs as well as others.

(2) "Safety Issue"
The Jail is doing nothing to prevent "Brown Rechus" bites and I'm also in danger of this and many other men have been bitten by these spiders. The spiders are coming in through the ventilations in the cell blocks and crawling into the bedding and biting men. The Jail is so over crowed and we that don't have bunks to put our bedding on are forced to sleep on floors. Which is unsanitary and cruel it also easier to get spider bit. These spiders are poisnous and caws serious physical injury.

(3) "The Jail is so over crowed".
The cell Block I'm in is built to hold (36) inmates and as of right now there is approximately (65) inmates in B-Block which means there is almost (30) men forced to sleep on the floor which I believe is a "federal code" violation and I pray that this court can do something about this.

(4) "Treatment"

This kind of treatment is not fair and it is inappropiate and uncalled for.

(5) "Cell Blocks"

The other cell blocks are being Treated as stated in the above

(6) "Greivance"

I am using my "Constitutional Right" to file this "Greivance" and Pray that the "U.S. District Court" will accept my claim.

(7) "Justice"

In Justice. Anywhere is Injustice to anyone.

(8) I am a pretrial Detainee at C.C.J and since I have been incarcerated here I have gotten another charge for said Altercation with another Inmate, and have had verbal Altercation with others and it is due to at this Jail and Over Crowedness

(9) "Broken down"

I'm emotionally Broken down about that I need help! It's is common to see people fighting in this Jail on a Regular basis. I believe to be due to OverCrowdingness as well.

Covington County Jail
(Poor living conditions)
Violations of Civil Rights of Inmates
(Due Process 1th 5th 8th 14th Amendment)

(1) No Inmate HandBooklets of Rights
(2) Poor Living conditions
(3) over Crowding
(4) Sleeping on floor
(5) Sanitation unsuitable
(6) Lack of toilets
(7) Inadequate cleaning/Tables, Lundry
(8) A Block has a leak in Roof
(9) Lighting improper some cells
(10) Ventilation badly need of Cleaning.
(11) Spider Bites (Brown Reclius) "Poison"
(12) Constant noise 24hrs
(13) Rowdy Inmates / Violants

"Medical Procedure's Poor"
(1.) No 24 hr Sick Call/under Stafford
(2) Unable to Recieve Medication When Needed
     or as Medical Attention
(3) Improper Diets for those under Doc, Care
(4) Some Underfisonal nursing
(5) Answer to Please thru Speedy Reply

14th Amendment
Due Process Violated
Covington County Jail

(1.) No Greivance committee
(2.) Under Staffed C/Os
(3) Visitations often Cut Short
(4.) Mail Recieved by Other Inmates / Money Slips
(5) Time of Recreation often Cut Short
(6) Threat of on Inmates by C/Os
(7) Denide often Time to Law libary
(8) Unproper Food Small amounts

Middle Dist. Court

Witness of Complaint

Time:
RECEIVED Date 05/24/05
2005 JUN 14 A 9:39
DEBRA P. HACKETT, CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

1) Corey Jackson        109 Barton St.
Corey Jackson          Andalusia, AL 36420

2) Michael White       P.O. Box 2035
Michael White          Andalusia, AL. 36420

3) Ronnie C. Dean, Jr    2217 Lowery Rd    (334) 565-3626
Ronnie C. Dean, Jr      Kinston, Al 36453

(4) William Andrew Raborn   AIS. 165856

(5) Malcolm Jordan   1602 4th Street   (334) 858-8617
Malcolm Jordan        Florala, Al

(6) Danny L. Martin   2051 9th st.   (334) 858-3005
Danny L Martin - Florala, Al.

(7) Glenn E. Peacock   3928 Smithfield Trail   404-516-8948
Glenn E. [signature]   Ellenwood GA 30294

(8) Robert L Adams   OP Box 46   Lockhart Ala 36855
Robert L Adams

(9) Waylen Tillman   216 Lori Lane   Andalusia AL 36420   (334) 222-620.
Waylen Tillman

(10) Bryan Sticks
*Bryan Sta*
301 Pugh St
Audthusit Al 36420

(11) Matthew Jon Sack
*Matthew Jon Jock*
5th second st   (334) 488-7477
Andalusa Al 36420

(12) Brandon Hammett
*Bl 1/5H*
312 N Bonita Ave
Panama City Fl. 32401

13, Ronald T. Whitlow
*Ronald T. Wa*
2881 Main St
Mill Brook Lala 36054

(14) Charlie Hehdy
*charlie Hebely*
imate C.C. J.

(15) Eric Miller
*Eric Miller*
825 Stately Oak
Inverness Al. 34453

(16) Jeffery Bexley
*Jeffery L Bexley*
75 Tacon St Mobile
Al   36607.

16  Michael Feagin
*Michael Feagin*
121 Ird Ave
Andacusia. Al. 36420

17  Kenneth Clathin
*Kenneth Rudh*
25th 8th Ave
Andalusia Al 36420

(19) Kenneth Lunsford              Inmate CCJ
Kenneth Lunsford

(23) CHARLES ERVIN
Charles Ervin       Inmate

(24) Kenneth Henderson    231 Opp Ave  Andalusia AL 36420
Kenneth Henderson         334-222-6525

(20) Justin Fowler         Inmate  (25)
Justin Fowler

(21) Brian Lucal              Inmate CCJ
Brian Lucal

(22) Walt Solomon         Inmate CCJ
Matt Solomon

(25) Fred Stallworth        P.O. Box 284   AL
FRED STALLWORTH    River Falls, 36476

(26) Johnnie Redmon        Inmate CCS
John Redmon                P.O. Box 1635
                           Andalusia Ala 36420
                                    882-2712

(27) Jimmy Miles   Inmate CCS   24 A Se Lion Ln
Jimmy Miles                   Andalusia AL 36420
                                    222-2012

(28) Mark Stallworth CCJ
Mark Stallworth    308 FLECtHER Rd
Andalusia AL 36420

(29) Letterron Stoudemire
LETTERRON STOUDEMIRE    AIS # 197855

(30) David L. Brooks
David L. Brooks    AIS # 240431

(31) Brady E Kirksey = 3859 Hawthorne Drive
Brady Kirksey    Mobile Al, 36693

(32) Brandon Kirksey    885 21792 Loango Rd
Brandon Kirksey    Red level AL, 36474

Laura L Doss

Patricia G. Sweat
Notary Public
1-29-09

U.S. DISTRICT COURT FOR

Middle District OF Ala.

RECEIVED

2005 JUN 14 A 9:39

I'm also informing the Court that
I have sent these Officials a letter head
Informing those Officials that I am
Filing Civil Suit against Cov. Co. FOR
the Wrongful Acts that has happened
at Cov. Co. Jail by way OF U.S. Postal
Paid mail or Hand delivered by Jailor
to them and am giving this Court a
Copy of what I have sent to these
Officials

Date 6/8/05 Respectfully Submitting

I'm also complaining that I'm Tried
to order items off of Store call
at Jail Such As Legal Pad & Stamps
and didn't Get them.

District Court of Covington County

RECEIVED
2005 JUN 14 A 9:40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

TO: Judge Tripple McGuire

I Leonard E. Dorsey, am not learned in Law and have Mental condition and have tried to get help thru Covington County Jail by Requesting for treatment by professionals from Mental Health and am being denied this Medical treatment and am not getting a Response to my Request at C.C.J by right I should get a Response to these Request in a timely fashion, I am suffering emotionally to the point of breaking down. need appropiate Medical Attention and am not getting it. I believe that the Law Requires Jails to offer proper medical Attention which violates my privilege to obtain Medical Treatment in a timely fashion. which i believe violates Due Process of Law under the 5th Amendment of the Constitution of U.S. and the 14 Amendment garantees me equal protection under the Constitution of US. my emotional problems are due to problems in legal matter as well as the way Im being treated at this Jail.

is Run and the things that are going on here are cruel and this is not help-ing me either. Its Just making my mental condition worse and I dont feel like the people that are in charge of day to day Running of this jail even care. Its neglect of duty and its their Job to see that an inmate basic needs are taking care of and I dont feel that they are doing their Job. these Reason I'm filing this claim against Covington county jail, I'm giving a list of Reason of things that going on at this Jail at this time and I believe its wrong and cruel. I pray God Change the Running of this Jail for the better.

Leonard Posey
Leonard Posey

Patricia A. Sweatt
Notary Public
1-29-09

Certificate of Service by united states postal to: Judge Tippie McGuire Courthouse Square Andalusia Al 34420

District Attorney

TO: Gary Gamble

I Leonard C. Dorsey. Am Submitting Claim to the District Attorney. And Am filing Civil Suit by 1983 Form in the U.S. District of Ala. For the Middle District Court. For the following Violations of my Civil Rights that have been Gaurenteed me thru The Constitution of the U.S. "Amendment 14" and am seeking injunctive Relief and Summary Judgment in the Amount $3000,000.00 Injurctive Relief desired is better living conditions at the Covington Co. Jail and a safer inviroment at Jail. I Leonard Dorsey am incarcerated at Covington Co. Jail at this time and basing my Claim for the following reasons numerated below: and I Leonard D. am sending a copy of Claim filed to U.S. District Court.

Certificate of service by united States postal to "Gary Gamble" District Court of Covington County Court Square Andalusia Al. 36420

Leonard Dorsey
Leonard E. Dorsey

Patricia Supact
Notary public
1-29-09

CO. County Sheriff

Sheriff of Covington county Jail

Anthony Clark

I Leonard D. am submitting claim to the co. county Sheriff. and am filing civil suit by 1983 form in the U.S. District court for the Middle US. District Court of Ala. For following violations of civil Rights that has been guarenteed me thru the Constitution of the US. Amendment 14" and am Seeking injunction Relief and Summary Judgement in the amount $300,000.00. Injunction Relief desired is better living conditions at the Covington Co. Jail and a safer inviroment at Jail. I Leonard t. Dorsey. am incarcerated in Covington Co. Jail at this Time and am basing My claim for the following Reson numerated. and i Leonard t. Dorsey am sending copies of claim to US, District Court.

CERTIFICATE of Service
by united States postal
to "Anthony Clark"
290 Hillcrest DR
Andalusia Ala 36420

Signed Leonard Dorsey
Leonard Dorsey

Patricia A. Sweatt
Notary Public
1-29-09

Cheif Jailor

Covington Co. Jail

L.T. Dorene nelson

I Leonard D. am submitting claim to the
Covington County Jail and am Filing Civil
Suit by 1983 form in the U.S. District Court
For Middle District Of Ala. For the following
Uiblations of my Civil Rights that has been
Gaurenteed me thru the Constitution or U.S.
Amendmend 14" and am Seeking injunctive
Relief one summary Injunctive in the amount
of $1300,000.00, Injunctive Relief desired is
better living condiction ot the covington
Co. Jail and Safer inviroment At Jail,
I Leonard Dorsey am Sending copy to U.S,
District Court a Claim

Leonard Dorsy
Leonard t. Dorsey

CertiFicate oF SerVice
by United States postal
to: LT Dorene nelson
290 Hillcrest Dr
Andolusia Al, 36420

Patricia g. Sweatt
Nataly Public
1-29-09

Jerry Edeger

I Leonard D. am submitting claim to the U.S.
District court against Covington County Jail
by 1983 form for the Middle District of Ala
for following Violations of my Civil Rights
that has been gourenteed me thru the constitution
of U.S. "Amendment 14". and am seeking
injunctive Relief and summary Judgement in the
amount of $300,000.⁰⁰ injunctive Relief desired
is better living conditions at the Covington
Co. Jail and a safer inVirment at the
Jail. I Leonard E. Dorsey am sending copy
of claim to U.S. District Court.

Leonard E. Dorsey

Certificate of service
by United States postal
to: Jerry Edegar.
290 Hillcrest Dr.
Andalusia Al 36420

Patricia A. Sweatt
Notary Public
1-29-09

Commissioner of Covington County

TO: Grey White

I Leonard E. Dorsey. Am submitting claim
to the Covington Co. Commissioner. And am
Filing Civil Suit by 1983 Form in the
U.S. District Court For the Middle District
of Ala. For the following Violations of my
Civil Rights that have been gaurenteed me
thru the constitution of the U.S. "Amendment 14"
and am seeking Injunctive Relief and
Summary Judgement in the Amount $ 300.000.00.
Injunctive Relief desired is better living
Conditions at the Covington County Jail and
A Safer invioroment at the Jail.
I Leonard E. Dorsey. Am incarcerated at the
Covington County Jail at this time and
basing my Claim For the following
Reasons Numerated Below. And I Leonard D.
Am sending A copy For Claim that I Filed
in U.S. District Court
  Certificate of Service
By United States Postal to
"Greg White" 290 Hillcrest DR.
Andalusia Ala, 36420

_Leonard Dorsey_

_Patricia G. Sweatt_
_Notary Public_
1-29-05

State Attorney General

TO:

Attorney General of State
Alabama

I Leonard E. Dorsey, am submitting claim
to the Covington County Jail.
by way of 1983 form. Civil Suite
to U.S. District Court for the Middle Dist-
rict of Ala. for following Violations of
my Civil Rights that have been gourenteed
me thru the constitution of the U.S.
Amendment 14"-8-5-1. Poor living Conditions
safer inviroment. I'm basing Claim on
following Reasons numerated on following
Page. I Leonard Dorsey sending copy of
Claim that I filed in US District Court
                    I'm Incarcerated in CC'J
                    At this Time.

Certificate of Service
by United States Postal
to Att: General Office
419 State House
11 South Union St
Montgomery Al 36130

Leonard Dorsey

Patricia A. Sweatt
Notary Public
1-29-09