| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Dellre Cook*  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*) *Debbie Cook*   C. Date of Delivery 6-20<br>D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Jerry Edgar<br>Covington County Jail<br>290 Hillcrest Drive<br>Andalusia, AL 36420<br><br>05cw 565 C+w | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number (*Transfer from service label*) | 7004 2510 0001 0150 4828 |
| PS Form 3811, February 2004 | Domestic Return Receipt  2595-02-M-154 |

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Dellre Cook*  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*) *Debbie Cook*  C. Date of Delivery 6-20<br>D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Anthony Clark, Sheriff<br>Covington County Jail<br>290 Hillcrest Drive<br>Andalusia, AL 36420<br><br>05cw 565 C+0P | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number (*Transfer from service label*) | 7004 2510 0001 0150 4811 |
| PS Form 3811, February 2004 | Domestic Return Receipt  2595-02-M-154 |