**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Greg White, Commissioner
   Covington County Jail
   290 Hillcrest Drive
   Andalusia, AL 36420

   OSCV 565 Camp OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Kerry Castleberry  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
   Kerry Castleberry    6-20
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0001 0150 4804

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

OSCV 565 Ct OP

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dorene Nelson, Chief Jailer
   Covington County Jail
   290 Hillcrest Drive
   Andalusia, AL 36420

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Debbie Cook   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
   Debbie Cook    6-20
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0001 0150 4835

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540