In the United States District Court
For the Middle District of Alabama RECEIVED

Leonard E. Dorsey V. Greg White, Et

Civil Action # — 2:05-cv-565-T

Motion

Comes now Leonard E. Dorsey before this court and is pleading by motion Requesting the court to Appoint Lawyer in this cause. I am stating that I am indigent and unable to afford to hire an attourney and needing assistance from Legal counsel. I believe that Justice in this civil action want be properly sought and asking court to grant this Motion.

Certificate of Service

By the United State Postal Service postage prepaid to the United States District Court to be filed by Clerk of Court P.O. Box 711
Montgomery, Al 36101-0711

Sworn to and subscribe before me on this 27 Day of June, 2005, "Notary Patricia Durrett Comm Exp. 1-29-09 " Plaintiff Leonard E. Dorsey
290 Hilcrest Dr
Andalusia, Al 36420

Leonard E. Dorsey