Unified Judicial System
Form C-10
Page 1 of 2
Rev. 2/95

Case 2:05-cv-00565-MHT-WC  Document 7  Filed 07/28/2005  Page 1 of 2

Case Number

# AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER

IN THE **United States District** COURT OF **Montgomery**, ALABAMA
(~~Circuit~~, District, ~~or Municipal~~)   (Name of County ~~or Municipality~~)

STYLE OF CASE: **Leonard E. Dorsey** v. **Greg White, Et Al.,**
Plaintiff(s)                                    Defendant(s)

TYPE OF PROCEEDING: **Civil Action**   CHARGE(s) (if applicable): **Rights Violated**

☐ CIVIL CASE – I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ CIVIL CASE – (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the court appoint one for me.

☐ ~~CRIMINAL CASE~~ – I am financially unable to hire an attorney and request that the court appoint one for me.

☒ ~~DELINQUENCY~~/NEED OF SUPERVISION – I am financially unable to hire an attorney and request that the court appoint one for my child/me.

## AFFIDAVIT

**SECTION I.**

1. **IDENTIFICATION**
   Full name **Leonard Eugene Dorsey**         Date of birth **8/23/64**
   Spouse's full name (if married) _____
   Complete home address **290 Hilcrest Dr, Andalusia, Al 36420**
   Number of people living in household _____
   Home telephone number _____
   Occupation/Job **Inmate**    Length of employment _____
   Driver's license number **4935551 AL**   *Social Security Number **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**
   Employer _____    Employer's telephone number _____
   Employer's address _____

2. **ASSISTANCE BENEFITS**
   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply.)

   ☐ AFDC   ☐ Food Stamps   ☐ SSI   ☐ Medicaid   ☐ Other ___0___

3. **INCOME/EXPENSE STATEMENT**

   Monthly Gross Income:
   Monthly Gross Income
   Spouse's Monthly Gross Income (unless a marital offense)
   Other Earnings: Commissions, Bonuses, Interest Income, etc.
   Contributions from Other People Living in Household
   Unemployment/Workmen's Compensation,
   Social Security, Retirements, etc.
   Other Income (be specific) ___0___
   TOTAL MONTHLY GROSS INCOME   $ ___

   Monthly Expenses:
   A. Living Expenses
      Rent/Mortgage
      Total Utilities: Gas, Electricity, Water, etc.   $ ___
      Food
      Clothing
      Health Care/Medical
      Insurance
      Car Payment(s)/Transportation Expenses
      Loan Payment(s)

RECEIVED 2005 JUL -1 A 9:2_
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER**

Form C-10  Page 2 of 2  Rev. 2/95

Monthly Expenses: (cont'd page 1)
Credit Card Payment(s)
Educational/Employment Expenses
Other Expenses (be specific) _____

Sub-Total $ 398.60    A $ ⌀

B. Child Support Payment(s)/Alimony    B $ 398.00

Sub-Total $ ⌀

C. Exceptional Expenses    $ 398.00

TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)

Total Gross Monthly Income Less total monthly expenses: $ ⌀

DISPOSABLE MONTHLY INCOME

4. LIQUID ASSETS:
Cash on Hand/Bank (or otherwise available such as stocks, bonds, certificates of deposit) $ ⌀
Equity in Real Estate (value of property less what you owe) ⌀
Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe) ⌀
Other (be specific)
Do you own anything else of value? ☐ Yes ☐ No ⌀
(land, house, boat, TV, stereo, jewelry)
If so, describe _____

$ ⌀

TOTAL LIQUID ASSETS

5. Affidavit/Request

I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

___ day of June, 2005

_____ 1-29-09
Judge/Clerk/Notary

_____
Affiant's Signature

_____
Print or Type Name

**ORDER OF COURT**

SECTION II.
IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:
☐ Affiant is not indigent and request is DENIED.
☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $_____ per month toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows: First to any appointed attorney's fees, then to any other assessments that may be levied in this proceeding, and then, any balance remaining thereafter to be refunded.
☐ Affiant is indigent and request is GRANTED.
☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that Hon. _____, is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees, expenses, approved by the court and paid to the appointed counsel, and costs of court.