In the United States District Court

For the Middle District of Alabama
Northern Division                    7-15-05

                              x
Leonard G. Dorsey            x
     Plaintiff,              x
                            x
v.                          x
                            x    Civil Action no: 205-CV-565-T
                            x
                            x
Greg White                  x
                            x

RECEIVED 2005 JUL 26 A 9:

AFFIDAVIT of Supena
of Record of Grievance's medical Records

State of Alabama
County of Covington

     I Leonard E. Dorsey. Motion the court for the middle District Al,
of Supena of Grievance's of Records office as well from Defendant
mention in civil suit. also medical Records of Correctional
Institution of Covington Co. Jail. To defend Plaintiff Proof of
Unnesty filed on Said Date July, , 2005          Leonard Dorsey

     Covington Co Jail
Writt of Spenas      Grievances Records              Patricia Sweatt
Greg White           (All Jailor of Cov. Co. Jail)   Notary        1-29-09
Anthoney Clark
Jenny Edegar                                         July 18, 2005 Date
Dorene nelson              Certificate of service
                     by united state postal