IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEONARD E. DORSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:05-CV-565-T |
| | ) |
| GREG WHITE, et al., | ) |
| | ) |
| Defendants. | ) |

## ANSWER

COME NOW the Defendants Greg White, Chairman of the Covington County Commission, Anthony Clark, Sheriff of Covington County, Alabama, Jerry Edgar, Interim Jail Administrator of the Covington County Jail, Covington County, Alabama, and Dorene Nelson, Assistant Jail Administrator of the Covington County Jail, Covington County, Alabama, and respond to the Complaint filed by Plaintiff in the above-styled cause and state as follows:

    1.    Plaintiff brings his suit under 42 U.S.C. § 1983 and claims that his constitutional rights were violated by Defendants.[1] More specifically, as a convicted inmate, the Plaintiff alleges that his rights have been violated in that the Defendants: (a) denied him mental health treatment and medication; (b) failed to address danger to his personal safety from other inmates and spiders; (c) imposed oppressive living conditions due to overcrowding; (d) denied him recreation opportunity; (e) denied him adequate food and nutrition; and (f) denied him access to legal materials.

---

[1] The following statement of the issues and claims made by Plaintiff are based upon Plaintiff's Complaint and the undersigned's interpretation of the issues raised. If other issues are presented, Defendants generally deny any such allegations as being untrue and completely without basis in law or fact.

2. Defendants admit that the Plaintiff was incarcerated on or before April 16, 2005, at the Covington County Jail.

3. Defendants deny the remaining allegations and inferences in the Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

1. Plaintiff's Complaint fails to state a claim upon which relief can be granted. Defendants did not deprive Plaintiff of any constitutional right to which he is entitled.

2. Any claims against Defendants in their official capacities are barred by the Eleventh Amendment and because Defendants are not "persons" under 42 U.S.C. § 1983.

3. Defendants are entitled to qualified immunity in their individual capacities.

4. The Plaintiff's claims are barred due to the Plaintiff's failure to exhaust all available state remedies.

5. Commissioner White cannot be held vicariously liable for the acts of any person who may have violated the Plaintiff's rights.

6. Commissioner White has no authority over, or responsibility for, the day-to-day operations of the Covington County Jail, including the provision of medical care to inmates.

7. Defendants reserve the right to add additional defenses upon a complete investigation of Plaintiff's claims, completion of any discovery allowed, and if any further pleading is required or allowed by the Court.

WHEREFORE, PREMISES CONSIDERED, Defendants request this Court to enter judgment in their favor and grant unto them costs and attorney's fees pursuant to law and 42 U.S.C. § 1988.

Respectfully submitted on this the 27th day of July, 2005.

> s/Scott W. Gosnell
> SCOTT W. GOSNELL, Bar Number: GOS002
> Attorney for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Road
> P.O. Box 240909
> Montgomery, Alabama 36124
> Telephone: (334) 262-1850
> Fax: (334) 262-1889
> E-mail: sgosnell@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 27th day of July, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served the following Non-CM-ECF participant by U.S. Mail, postage prepaid:

> Leonard Dorsey
> Covington County Jail
> 290 Hillcrest Drive
> Andalusia, Alabama 36420

> s/Scott W. Gosnell
> OF COUNSEL

3