# EXHIBIT A

| State of Alabama<br>Unified Judicial System<br>Form C-42  Rev 8/95 | ORDER OF RELEASE<br>FROM JAIL | Case Number<br>_MC 05-043_ |

IN THE MUNICIPAL COURT OF ANDALUSIA MUNICIPALITY, CITY OF ANDALUSIA

V. _Leonard Berry_

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense

of_ Assault 3rd _

Reason for Release _Per Judge McCalmon's Orders_

Date _01-20-05_       _Nicole Kennedy_       By:_____

COURT RECORD (Original)  JAILER (Copy)       Judge/Clerk/Officer  _Magistrate_

Core 1
8

Time 10:22
An

## COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME _Leonard G. Dorsey_    BLOCK: _B_    DATE _06/13/05_

TELEPHONE CALL    CUSTODY CHANGE    ( ) PERSONAL PROBLEM

SPECIAL SIT    TIME SHEET    ( ) OTHER    ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE, THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO :
✓ SHERIFF    CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) COMPLIAN

IF GRIEVANCE  STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

To whom it concern

I, Leonard Dorsey am asking do meet
befor the Greivance Committee to Odress
Pesonal Issues (1) medical (2) living conditions
as well Other. Please allow me to speak
Pfear this committee soon
                                    thank you

CCV, CO, COMM, Grey White
adm, Seary Edaoga

                                    Leonard Dorsy

DO NOT WRITE BELOW THIS LINE — FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER
We do not have a greivance committee. I have
listened and heard your cry about Your problem,
personal as well as medically. the living conditions
are up to the inmates We are aware of the
over crowdedness which there is nothing we can do
kind about the copies I can make you one
copy of this greivance form IAW.

I _Leonard E. Dorsey_ do herby give my permission for my property here at the Covington County Jail to be picked up (S, Star) by _Jennifer Watson_. I understand that if it is not picked up within fourteen days from this date that it will be disposed of by the Covington County Jail.


_Leonard E. Dorsey_                          Inmate

Wittness _Fred Hallmark_

Date _06/13/05_


_Ethan Dorsey_

Date _06/13/05_


Property picked up by (1) legal 8x10 Envelopes

(2) Standard Envelopes

(1) Ethan Dorsey (Address to)

(1) Jennifer Watson

*Copies (8) Send to whom Directed*

*Time 10:08 pm*

## COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME __Leonard Dorsey__    BLOCK: __B__    DATE. __6/10/05__

TELEPHONE CALL    CUSTODY CHANGE   ( ✓ ) PERSONAL PROBLEM

SPECIAL SIT    TIME SHEET    ( ) OTHER    ( ✓ ) GRIEVANCE

*Dated 222-5746 428-5757*

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
SHERIFF    CHIEF JAILER ( )  JAILER ( ✓ ) RECORDS OFFICE ( ) CHAPLIAN

IF GRIEVANCE  STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Lt Dorene nelson

I, Leonard Dorsey am Requesting Property Release to Father Ethan Dorsey or sister Jennifer watson in person no later than Saturday 6/11/05

Sheriff; Anthony clark
Adms; Jerry Edoqar
Lt Jailer; Dorene nelson

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

APPROVED   ( ) DENIED   ( ) PAY PHONE   ( ) COLLECT   ( ) OTHER

Duck
427-4595

*Copies
Sent for the
Directed*

Time 10:08 pm
Date 6/9/05

## COVINGTON COUNTY JAIL
### INMATE REQUEST/GRIEVANCE FORM

NAME **Leonard Dorsey**    BLOCK **B**    DATE **6/10/05**

TELEPHONE CALL    CUSTODY CHANGE    ( ✓) PERSONAL PROBLEM

SPECIAL LIST    ( ) TIME SHEET    ( ) OTHER    ( ✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO:
SHERIFF    ( ) CHIEF JAILER  ( ) JAILER  ( ✓) RECORDS OFFICE  ( ) CHAPLIAN

IF GRIEVANCE  STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Lt Dorene Nelson

Please Allow me to See Notary Apublic
6/10/05 If Possiable to days / date

*Leonard Dorsey*

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

APPROVED  ( ) DENIED  ( ) **PAY PHONE**  ( ) COLLECT  ( ) OTHER

Copies
H

Time 10:13
PM

## COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME _Leonard Dorsey_    BLOCK: _B_    DATE _6/8/05_

( ) TELEPHONE CALL   ( ) CUSTODY CHANGE   ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT   ( ) TIME SHEET   ( ) OTHER   ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO :
( ) SHERIFF ( ) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLIAN

IF GRIEVANCE  STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

D. Admintration of Covins Co. Jail
I Leonord Dorsey has aplyied For legal
Pad as well as stamps on store call,
why hasit ordered by Pusonal thats
Responsiable For Adeins store call, I am unable
to Respond to legal mail Properly
Reply

Co. Co Commi' Greg White
Sheiff' Anthony Clark
Admintration' Jerry Edecar
Lt, Dorene nelson

_Leonard Dorsey_

IF REPLY WRITE BELOW THIS LINE -- FOR REPLY ONLY:

( ) APPROVED   ( ) DENIED   ( ) PAY PHONE   ( ) COLLECT   ( ) OTHER

Copies
H

Time 12:2
A

## COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

NAME Leonard Dorsey        BLOCK: B     DATE: 6/9/05

TELEPHONE CALL        CUSTODY CHANGE    ( ) PERSONAL PROBLEM

SPECIAL 1ST        TIME SHEET    ( ) OTHER    (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO :
( ) SHERIFF  (✓) CHIEF JAILER ( )JAILER (✓)RECORDS OFFICE ( ✓)CHAPLIAN

IF GRIEVANCE  STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.
LT. Dorene Nelson

Please allow me to talk with you "in person" please
also i need to have "Copies" of Request Forms
done. Call my Father + Lawyer
would like to Speak with "chaplain me, I'm dying"
                                                    Leonard

Father                    Lawyer
Ethan Dorsey          Manish Patel
427.4595              222-915

Sheriff Anthony ; Clark
Lt ; Dorene Nelson

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

APPROVED  ( )  DENIED  ( ) PAY PHONE  ( ) COLLECT  ( ) OTHER

Acknowledged    6-9-05

                    Dorene  6-9-05

Time 10:13 PM

Copy of 4

## COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME **Leonard Dorsey**    BLOCK: **B**    DATE **6/8/05**

TELEPHONE CALL    CUSTODY CHANGE    ( ✓ ) PERSONAL PROBLEM

SPECIAL VISIT    TIME SHEET    ( ) OTHER    ( ✓ ) GRIEVANCE

IF REPLY OUTLINE YOUR REQUEST/ GRIEVANCE, THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
SHERIFF ✓    CHIEF JAILER ( )    JAILER ( ✓ )    RECORDS OFFICE    CHAPLIAN

IF GRIEVANCE, STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

To administration of C.C.J many complaints about Leeches in Shower twice 6/7/05, 8:34pm again 10:32pm not only my self but others as well.

reply

Leonard Dorsey

Cov. Co. Comm' Grey white
Shriff: Anthony Crark
Adm: Jerry Edegar
Lt Jailor Dorene nelson

DO NOT WRITE BELOW THIS LINE — FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) **PAY PHONE** ( ) COLLECT ( ) OTHER

I can only advise maintenance of this problem and I did so on 6-8-05 at 12:04 pm.

Dorene 6-9-05

Copies
6

Time 11:30ₚ

## COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

NAME: Dorsey Leonard    BLOCK: B    DATE: 6/5/05

TELEPHONE CALL    CUSTODY CHANGE ( ✓ PERSONAL PROBLEM)

SPECIAL LIST    TIME SHEET    ( ) OTHER    ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE, THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
SHERIFF ✓ CHIEF JAILER ( )JAILER ( ✓ RECORDS OFFICE    CHAPLIAN

IF GRIEVANCE  STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

L.T. Dorene nelson

Please allow me to see notary public
a.sap
                Thank you

Also copy of moneys        ( X Leonard Dorsey
on Book

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

Done 6-7-05
        Dorene

Copy 14
3

Time 9:45 Pm

## COVINGTON COUNTY JAIL
## INAMTE REQUEST/GRIEVANCE FORM

NAME: Leonard Dorsey    BLOCK: B    DATE: 06/4/05

( ) TELEPHONE CALL   ( ) CUSTODY CHANGE   (✓) PERSONAL PROBLEM

( ) SPECIAL ST   ( ) TIME SHEET   ( ) OTHER   (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO:
✓ SHERIFF  ✓ CHIEF JAILER  ( ) JAILER  (✓) RECORDS OFFICE  ( ) CHAPLIAN

IF GRIEVANCE  STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

I Leonard Dorsey has Requed for new T.B. Test as well as Phone call to Att: Manish Patel 222-0115. Father Ethan Dorsey to send money's befor Monday night amount $35.00

Thank you

Lt. Dorene Nelson

Leonard

Dorsey

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

( ) APPROVED  ( ) DENIED  ( ) PAY PHONE  ( ) COLLECT  ( ) OTHER

You would need to speak with the nurse in Reference to the TB test. I called Manish Patels office his secretary will give him a message to come speak with you.

Dorene 6-6-05

COP
(3)

Time 5:47

## COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

NAME Leonard Dorsey     BLOCK: B     DATE 06/5/05

TELEPHONE CALL     CUSTODY CHANGE ( ) PERSONAL PROBLEM

SPECIAL "ST"     TIME SHEET     ( ) OTHER     ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO:
SHERIFF     CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE     CHAPLAIN

IF GRIEVANCE  STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE:

L.T. Dorene nelson

I fist like to say iam sorry for my behavior.
you Replyed on that Request based on the medical
06/2/05. I also need to speak with you on
Store Receipts of moneys unaccounted for.

Thank you

Leonard G Dorsey

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

I have credited all shortages up to this
order 6-6-05 if you have any that
I have not credited I need the copy
you have.

Dorene 6-6-05

Copies 6

## COVINGTON COUNTY JAIL
## INMATE REQUEST/GRIEVANCE FORM

Time 6:15 PM

NAME _Leonard Dorsey_    BLOCK: _B_    DATE _6/2/05_

TELEPHONE CALL    CUSTODY CHANGE    ( ) PERSONAL PROBLEM

SPECIAL LIST    TIME SHEET    ( ) OTHER    ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
✓ SHERIFF    CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE    CHAPLAIN

IF GRIEVANCE  STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Date 5/31/05 I Leonard Dorsey had Nurse Visit Complaint cocaina Addiction as well Stress  Very Complexed in Need of Medical evaluation by Psychotic Dr. Just to talk with someone of concern chaplian or medication I don't know. its difficult to stay focus from Time to Time, 05/31/05 i was denied any treatment Please be concern of this notice.

Reply (why?)

Leonard G. Dorsey

Cov. Co. Counsel Greg White
Sheriff Anthony Clark
And Jerry Edagan
Lt. Dorene nelson

Please Contact Att. 222-9115

DO NOT WRITE BELOW THIS LINE -- FOR REPLY ONLY:

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

I had the Chaplain come talk to you on 6-2-05 I also advised the nurse that you needed to see a psychiatrist no that's out of my hands, Medical Has to make that call. I Suggest you put in for sick call and speak with the nurse Conure Lyons about it. You will need to call access to Care with Mental illness.

COVINGTON COUNTY JAIL
INAMTE REQUEST/GRIEVANCE FORM

NAME _Leonard Dorsey_     BLOCK: _C_     DATE _5/17/05_

( ) TELEPHONE CALL    ( ) CUSTODY CHANGE    ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT    ( ) TIME SHEET    ( ) OTHER    ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE. THEN PRESENT TO C/O

F REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO

( ) SHERIFF ( ) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLIAN

F GRIEVANCE. STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF **APPLICAB**LE.

_Deonte_

Why haven't you investagated assault
threw other Inmates Its over 50 Inmates
20 Inmate's being up at that time
No investagor Question me or anyone else
Its been past 72 hour Still no charge's
From Sun 2:30 pm — Tue. 3:42 pm
reply

Thanks

DO NOT WRITE BELOW THIS LINE — FOR REPLY ONLY:

( ) APPROVED  ( ) DENIED  ( ) PAY PHONE  ( ) COLLECT  ( ) OTHER

I didn't lock you down and I'm not the
one to charge you so you would need
to forward you grievance to Jailer Anderson
or Jimmy

Deonte 5-18-05

COVINGTON COUNTY JAIL
INAMTE REQUEST/GRIEVANCE FORM

NAME _Leonard Dusey_    BLOCK _C_    DATE _5/17/05_

( ) TELEPHONE CALL    ( ) CUSTODY CHANGE    (✓) PERSONAL PROBLEM

( ) SPECIAL VISIT    ( ) TIME SHEET    ( ) OTHER    (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

F REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO

( ) SHERIFF  (✓) CHIEF JAILER  ( ) JAILER  ( ) RECORDS OFFICE  ( ) CHAPLIAN

F GRIEVANCE  STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Darene

Explanation why you Pravailable also Other
Jailor are Gharit Partealts on me and
ither inmates when their Drugs Shrinkes
Gamblin Home invasion and Gang related
behavior has been to be over look
Cig, Shoes, Clothes, Bed, Food & Other

Explain Why have been in Cuntroll of those
Crimes

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

( ) APPROVED  ( ) DENIED  ( ) PAY PHONE  ( ) COLLECT  ( ) OTHER

You know it's strange that you only brought
this up now that you were Locked down.
Why haven't it been mentioned before. I don't
know anything about partiality if there is a problem
then speak with Rodney

Darene C.R 05

COVINGTON COUNTY JAIL
INAMTE REQUEST/GRIEVANCE FORM

NAME: Leonard Dusey     BLOCK: C     DATE: 5/17/05

( ) TELEPHONE CALL   ( ) CUSTODY CHANGE   (✓) PERSONAL PROBLEM

( ) SPECIAL VISIT   ( ) TIME SHEET   ( ) OTHER   (✓) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE, THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
( ) SHERIFF (✓) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLIAN

IF GRIEVANCE, STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

Darene

Explanation why you Provity also other
Jailor are Great Partents on me and
Other inmates when their Drugs Shankes
Gamblin Home invasion and Gang related
behavior has seem to be over look
Cig, Shoes, Clothen, Bed, food & other

Explain why have been in controll of those
crimes

DO NOT WRITE BELOW THIS LINE -- FOR REPLY ONLY:

( ) APPROVED   ( ) DENIED   ( ) PAY PHONE   ( ) COLLECT   ( ) OTHER

You know its strange that you only brought
this up that you were clocked down
why havent it been mentioned before. I dont
know anything about padiality if there is a problem
these speak with Rodney,
                                    Dane 5-8-05

COVINGTON COUNTY JAIL     Time 4:20 AM
INAMTE REQUEST/GRIEVANCE FORM

NAME _Leonard C. Dorsey_____   BLOCK: B____   DATE. 5/23/05____

( ) TELEPHONE CALL   ( ) CUSTODY CHANGE   ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT   ( ) TIME SHEET   ( ) OTHER   (✓) GRIEVANCE

BREIFLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
( ) SHERIFF  ( ) CHIEF JAILER  ( ) JAILER  ( ) RECORDS OFFICE  ( ) CHAPLIAN

IF GRIEVANCE  STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

I, Leonard C. Dorsey stressed over Crowding
B/Block Captivity 38 inmates as of now,
May, left inmates, Sleeping On Floor
noise Constantly. In need of reply
Jerry Edger - Greg White - Anthony Clark
Please Reply

DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY:

( ) APPROVED  ( ) DENIED  ( ) PAY PHONE  ( ) COLLECT  ( ) OTHER

COVINGTON COUNTY JAIL
INAMTE REQUEST/GRIEVANCE FORM

NAME _Richard Dorsey_     BLOCK: _C_    DATE _5/7/05_

( L ) TELEPHONE CALL    ( ) CUSTODY CHANGE    ( ) PERSONAL PROBLEM
Persacl Call
( L ) SPECIAL VISIT    ( ) TIME SHEET    ( ) OTHER    ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE, THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO:
( L ) SHERIFF ( L ) CHIEF JAILER ( L ) JAILER ( ) RECORDS OFFICE ( ) CHAPLIAN

IF GRIEVANCE, STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE

to: whom it Concerns Jerry Doone as Jailory
I Richard Dorsey asking Permission to call also meet
Ien with my attorny Pitel Before my Court Date
witch is coming upon the 6/8/05
Reply

Thanks

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

( ) APPROVED  ( ) DENIED  ( ) PAY PHONE  ( ) COLLECT  ( ) OTHER

I sent your request back to you on 5-16-05
stating that I contacted your attorney and
left a message with his secretary she said
she would have him come see you

5-17-05 Dixon

COVINGTON COUNTY JAIL
INAMTE REQUEST/GRIEVANCE FORM

NAME _Leonard Dorsey_____ BLOCK: _C__ DATE _5/16/05_

( ) TELEPHONE CALL    ( ) CUSTODY CHANGE   ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT    ( ) TIME SHEET    ( ) OTHER    ( ) GRIEVANCE

IF REPLY OUTLINE YOUR REQUEST/ GRIEVANCE. THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO:
( ) SHERIFF  ( ) CHIEF JAILER  ( ) JAILER  ( ) RECORDS OFFICE  ( ) CHAPLIAN

IF GRIEVANCE  STATE PARTIES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.
_5/16/05_

Complint asking for someone in authior. to assist my
Complint of why I've been locked down by Jailer
Rodney _____ & why I haven't been able to hear
from my Att.      No reply.
Please quic reply

                                    Leonard E. Dorsey
* Give to officer Mike Mitchell CJ025 on 5/17/05 @ 845 *  L.G.D

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY:

( ) APPROVED  ( ) DENIED  ( ) PAY PHONE  ( ) COLLECT  ( ) OTHER

You were locked down because of the assault
on Basie Shine. I've explained to you
about your attorney.
                            5-17-05. Dorone

COVINGTON COUNTY JAIL
INMATE REQUEST/GRIEVANCE FORM

NAME _Leonard E. Dorsey_  BLOCK: _B_  DATE _5/9/05_

(✓) TELEPHONE CALL   ( ) CUSTODY CHANGE   ( ) PERSONAL PROBLEM

( ) SPECIAL VISIT   ( ) TIME SHEET   ( ) OTHER   ( ) GRIEVANCE

BRIEFLY OUTLINE YOUR REQUEST/ GRIEVANCE, THEN PRESENT TO C/O

IF REQUEST PLEASE CHECK TO WHOM IT IS DIRECTED TO
( ) SHERIFF (✓) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLIAN

IF GRIEVANCE  STATE PARITES INVOLVED AND NAMES OF WITNESSES IF APPLICABLE.

To: whom it may concern
I Leonard E, Dorsey has been concern
reaching my lawyer, he will not
receive collect calls

DO NOT WRITE BELOW THIS LINE -- FOR REPLY ONLY:

( ) APPROVED  ( ) DENIED  ( ) PAY PHONE  ( ) COLLECT  ( ) OTHER

Give me your attorneys name and phone
number. We will contact him and have
him come to see you.

                        Lorene 5-10-05

MAY-06-2005 FRI 04:51 PM    MUNICIPAL COURT    334 427 7082    P. 01

| State of Alabama Unified Judicial System  Form C-42  Rev 8/95 | ORDER OF RELEASE FROM JAIL | Case Number  MC05-0170 |

IN THE MUNICIPAL COURT OF ANDALUSIA MUNICIPALITY, CITY OF ANDALUSIA

v. _Leonard E Dorsey_

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of _____ FTA _____

Reason for Release ___ Time Served  5PM ___

Date __ 5-6-05 __    _Janice Shakespeare_  By: _____

COURT RECORD (Original)  JAILER (Copy)    Judge/Clerk/Officer

| State of Alabama Unified Judicial System Form CR-41 Rev. 8/92 | ORDER OF COMMITMENT TO JAIL | Case Number MC05-0000170 |
|---|---|---|

IN THE **MUNICIPAL** COURT OF **COVINGTON** COUNTY

☐ STATE OF ALABAMA ☒ MUNICIPALITY OF **ANDALUSIA**

v. **LEONARD E DORSEY** , Defendant

TO THE JAILER OF **COUNTY JAIL**

You are ordered to receive into your custody the above-named defendant, charged with the offense(s) of **FAILURE TO APPEAR**

until he/she is legally discharged from your custody by this court.

Reason(s) for Commitment: **SERVING TIME IN LIEU OF FINES IN THE AMOUNT OF $82.00 OR MUST MAKE A FINE & COST BOND APPROVED BY ANDALUSIA MUNICIPAL COURT MAGISTRATE.**

**RELEASE DATE MAY 6, 2005 AT 5:00 PM**

Sentence: **5 DAYS**

| Date Sentenced 2005-05-02 | Jail Credit 0 | Date Sentence Begins 2005-05-03 |
|---|---|---|

### IDENTIFICATION OF DEFENDANT

| Name of Defendant **LEONARD E DORSEY** | | | | | Telephone Number **(334) 881-0123** |
|---|---|---|---|---|---|

| Social Security Number **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** | Date of Birth **1964-08-23** | Age **40** | Race **BLACK** | Sex **M** | Height **5' 08"** |
|---|---|---|---|---|---|

| Weight **198** | Hair **BLACK** | Eyes **BROWN** | Other | | |
|---|---|---|---|---|---|

| Address **801 MYRTLE ST** | City **ANDALUSIA** | | | State **AL** | Zip Code **36420** |
|---|---|---|---|---|---|

| Name of Employer **UNEMPLOYED** | | Employer's Telephone Number | |
|---|---|---|---|

| Address | City | State | Zip Code |
|---|---|---|---|

_May 3, 2005_
Date

_Janice Shakespeare_
Judge/Clerk/Magistrate

COURT RECORD (Original)     JAILER (Copy)

| Covington County Sheriff | **INMATE DATA** | Booking Number |
|---|---|---|
| Printed: Tue Apr 26, 2005 | LEONARD EUGENE DORSEY (S416962099) | 200007670 |
| | | Booking Date |
| | | APRIL 26th, 2005 |

| Section | Block | Cell | Bed | Social Security Number | Alias | Est Release Date |
|---|---|---|---|---|---|---|
| B-BLOCK | B | | | 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 | | |

**Address**
801 MYRTLE ST
ANDALUSIA AL 36420

Home Telephone
(334) 427-4595

| Sex | Date of Birth | Age | Height | Weight | Race | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| M | 1964-08-23 | 40 | 5' 07" | 180 | BLACK | BROWN | BLACK |

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|
| | | | |

| Next of Kin | NOK Telelphone |
|---|---|
| ETHAN DORSEY 3 SAME AS ABOVE | |

| Charge(s) | Bond |
|---|---|
| FTP | CASH ONLY 404.00 |

| Jailer | Photo Taken By | Fingerprinted By |
|---|---|---|
| 025 *Mitchell, Michael* CJ020 ~~BASS, DEWEY~~ | CJ020 BASS, DEWEY | |

| Admission Type | Phone Call | NCIC Check |
|---|---|---|
| ARREST | | |

| Arrest Case Number | DNA Sample By |
|---|---|
| | |

| Agency Arrested For | Arresting Officer |
|---|---|
| ANDALUSIA | |

Agency Hold For

| Release Date | Release Time | Release Officer |
|---|---|---|
| | | |

Notes

| Covington County Sheriff<br><br>Printed: Tue Apr 26,2005 | **MEDICAL SCREENING FORM**<br>**LEONARD EUGENE DORSEY (S416962099)** | Booking Number<br>200007670<br>Booking Date<br>APRIL 26th, 2005 |
|---|---|---|

## ADMISSION OBSERVATIONS

| | | | | | | |
|---|---|---|---|---|---|---|
| Is inmate conscious? | **Y** N | Is inmate capable of responding? | **Y** N | Can inmate walk on own? | **Y** N |
| Any difficulty breathing? | Y **N** | Is inmate hostile/aggressive? | Y **N** | Any visible signs of trauma, bleeding, wounds or illness? | Y **N** |
| Did arrest result in injury? | Y **N** | Any fever, swollen lymph nodes, or jaundice? | Y **N** | Is skin in good condition and free of vermin? | **Y** N |
| Is inmate under obvious influence of alcohol? | Y **N** | Is inmate under obvious influence of drugs? | Y **N** | Any visible signs of alcohol or drug withdrawal symptons? | Y **N** |
| Does inmate suggest risk of suicide? | Y **N** | Do you consider inmate an escape risk? | Y **N** | | |

Observations  **N/A**

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | | | | |
|---|---|---|---|---|---|
| Hepatitis | Y **N** | Heart Disease | Y **N** | Mental/Emotional Upset | **Y** N |
| Tuberculosis | Y **N** | Hypertension | Y **N** | Attempted Suicide | Y **N** |
| Sexually Transmitted Disease | Y **N** | Epilepsy/Convulsions | Y **N** | Asthma/Emphysema | Y **N** |
| Ulcers | Y **N** | Hemophiliac (bleeder) | Y **N** | Cancer | Y **N** |
| Kidney Trouble | Y **N** | Aids/Exposed to Aids | Y **N** | Diabetes | Y **N** |
| DT's | Y **N** | Skin Problems | Y **N** | Use Insulin | Y **N** |
| Drug Addiction | Y **N** | Alcholism | Y **N** | Mental Illness | Y **N** |
| Recent Head Injury | Y **N** | Coughed/Passed Blood | Y **N** | Recent Hospital Patient | Y **N** |
| Recent Treatment | Y **N** | Use Needles | Y **N** | False Limbs/Teeth | Y **N** |
| Contagious Disease | Y **N** | Pregnant/Recent Delivery | Y **N** | | |

Doctors Name and Address
**NONE**

Health Insurance
**NONE**

Special Diet
**NONE**

Prescriptions/Medications
**NONE**

Drug Allergies
**NONE**

Descriptions
**N/A**

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature  *Leonard C. Dorsey*　　Date: 4/26/05　　Time: 12:26

Officers's Signature  *[signature]*　　Date: 4/26/05　　Time: 12:52
CJ020  BASS, DEWEY

Page 1

| Covington County Sheriff<br>Date Issued:<br>Printed: Tue Apr 26,2005 | **PROPERTY ISSUANCE LOG**<br>**LEONARD EUGENE DORSEY (S416962099)** | Booking Number<br>200007670<br>Booking Date<br>APRIL 26th, 2005 |
|---|---|---|

| Quantity | Property Received | Condition Received | Returned | Condition Returned |
|---|---|---|---|---|
| 1 | SHEETS | | | |
| 1 | BLANKETS | | | |
| 1 | TOWEL | | | |
| 1 | WASHCLOTH | | | |
| 1 | TOOTHBRUSH | | N | |
| 1 | TOOTHPASTE | | N | |
| 1 | SOAP | | N | |
| 1 | SHOWER SLIDES | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Notes

I have received the above property and will return it upon my release, and assume responsibility for its care and maintenance. If returned in other then same condition issued, I will be responsible for property replacement.

Inmate's Signature _Leonard Dorsey_  Date: _4/26/05_  Time: _12:38_

Officers's Signature _____  Date: _4/26/05_  Time: _1252_

All property issued has been returned in same condition issued.

Inmate's Signature _____  Date: _____  Time: _____

Officers's Signature _____  Date: _____  Time: _____

| Covington County Sheriff | **INMATE PROPERTY LOG** | Booking Number |
|---|---|---|
| | | 200007670 |
| Printed: Tue Apr 26, 2005 | LEONARD EUGENE DORSEY (S416962099) | Booking Date |
| | | APRIL 26th, 2005 |

| Currency | Change | Checks | Food Stamps | Total Received |
|---|---|---|---|---|
| | | | | |

| Quantity | Property Received | Quantity | Property Received |
|---|---|---|---|
| 1 | SILVER KNIFE | | |
| 1 | BROWN BOOTS | | |
| 1 | QUARTZ WATCH | | |
| 1 | BLUE JEAN JACKET | | |
| 2 | KEY CHAINS | | |
| 1 | KEY | | |
| 1 | FINGER NAIL CLIPPERS | | |
| 1 | WHITE T-SHIRT | | |
| 1 | BLUE OVER-ALLS | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Notes

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.

Inmate's Signature _Leonard E. Dorsey_   Date: _4/26/05_ Time: _12.52_

I Hereby certify the receipt of the above arrested individual and his/her property.

Officers's Signature _____   Date: _4/26/05_   Time: _1252_

## ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.

Inmate's Signature _____   Date: _____   Time: _____

Officers's Signature _____   Date: _____   Time: _____

| Covington County Sheriff | **INMATE PROPERTY LOG** | Booking Number 200007385 |
|---|---|---|
| Printed: Wed Mar 23, 2005 | **LEONARD EUGENE DORSEY (S416962099)** | Booking Date MARCH 23rd, 2005 |

| Currency | Change | Checks | Food Stamps | Total Received |
|---|---|---|---|---|

| Quantity | Property Received | | Quantity | Property Received |
|---|---|---|---|---|
| 1 | BILLFOLD | | | |
| 1 | WATCH | | | |
| 1 | TOOTHEBRUSH | | | |
| 1 | INK PEN | | | |
| 1 | POCKET KNIFE | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Notes    IN BAG WITH NAME

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.
Inmate's Signature _____ Date: _____ Time: _____

I Hereby certify the receipt of the above arrested individual and his/her property.
Officers's Signature _____ Date: _____ Time: _____

## ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.

Inmate's Signature _~~Leonard Dorsey~~_ Date: _3/28/05_ Time: _____
Officers's Signature _____ Date: _____ Time: _____

Page 1

| State of Alabama<br>Unified Judicial System<br><br>Form C-42  Rev 8/95 | **ORDER OF RELEASE<br>FROM JAIL** | Case Number |
| --- | --- | --- |

IN THE MUNICIPAL COURT OF ANDALUSIA MUNICIPALITY, CITY OF ANDALUSIA

V. _Leonard Dorsey_

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense

of _Payment Order_

Reason for Release _Time Served_

Date _3-28-05_                    _Janice Shakespear_ By; _____

COURT RECORD (Original)  JAILER (Copy)            Judge/Clerk/Officer

# PRISONER'S JAIL REPORT

S. S. N.# 4 1 6 - 9 6 - 2 0 9 5

BOOKING OFFICER: M. Dulger

NAME: Leonard E Dorsey

DATE: 0 1 / 2 3 / 0 5 TIME: 20:45 AM PM (Mil.)

ALIAS: _____

ADDRESS: 108 Myrtle St.

AGE: 40 RACE: B SEX: M EYES: Bro HAIR: Blk

HGT: 5 07 WGT: 178 D. O. B.: 0 8 / 2 3 / 6 4

PLACE OF BIRTH: Andalusia (City) Covington (County) AL (State)

SCARS / MARKS: _____

ARRESTING OFFICER(S): M. Bulger

AGENCY: Andalusia P.D.

OFFENSE: FTA

STATUS: _____ NEXT OF KIN: _____

PHONE NUMBER: ( ) - _____

SENTENCE BEGINS: _____

SENTENCE ENDS: _____

HOLDS: _____

BEHAVIOR: _____

HOW RELEASED: _____

DATE: ☐☐ / ☐☐ / ☐☐ TIME: _____ AM PM Mil.

RELEASING OFFICER: _____

REMARKS: _____

| Covington County Sheriff | **INMATE SUMMARY** | Booking Number |
|---|---|---|
| Printed: Wed Mar 23,2005 | LEONARD EUGENE DORSEY (S416962099) | 200007385 |
| | | Booking Date |
| | | MARCH 23rd, 2005 |

| Section HOLDING | Block | Cell | Bed | Social Security Number 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 | Alias | Est Release Date |
|---|---|---|---|---|---|---|

**Address**  108 MYRTLE ST  
ANDALUSIA  AL  36420  **Home Telephone**

| Sex M | Date of Birth 1964-08-23 | Age 40 | Height 5' 07" | Weight 180 | Race BLACK | Eyes BROWN | Hair BLACK |
|---|---|---|---|---|---|---|---|

| Drivers License | | Class | Vehicle Tag | Tag Year |
|---|---|---|---|---|

| Next of Kin | NOK Telephone |
|---|---|

| Charge(s) FTA | Bond NO BOND | Arresting Officer A0107  BULGER, MICHAEL |
|---|---|---|

| Jailor | Release Date | Time | Releasing Officer |
|---|---|---|---|

## MEDICAL

**ADVISORY**

| Medication | Dosage | Doses/Day | Date Ends | Times |
|---|---|---|---|---|

**DISPENSED**

| Date Dispensed | Time | Medication | Dosage | Date Dispensed | Time | Medication | Dosage |
|---|---|---|---|---|---|---|---|

**TREATMENT**

| Date Treated | Time | Reason | Date Treated | Time | Reason |
|---|---|---|---|---|---|

**NOTES**

| Doctor | Medications |
|---|---|
| Special Diet | Drug Allergies |
| Other    DIABETES | |

## PROPERTY

| RECEIVED | BILLFOLD, WATCH, TOOTHEBRUSH, INK PEN, POCKET KNIFE |
|---|---|
| RETURNED | |

## MEALS

| Meal Date | Time | Description | Meal Date | Time | Description | Meal Date | Time | Description |
|---|---|---|---|---|---|---|---|---|

## COURT DATES

| Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time |
|---|---|---|---|---|---|---|---|---|---|

## INCIDENTS

| Incident Date | Time | Subject | Incident Date | Time | Subject |
|---|---|---|---|---|---|

## VISITORS

| Date Scheduled | Time | In | Out | Visitor Name | Date Scheduled | Time | In | Out | Visitor Name |
|---|---|---|---|---|---|---|---|---|---|

## TELEPHONE CALLS

| Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Covington County Sheriff | **MEDICAL SCREENING FORM** | Booking Number 200007385 |
|---|---|---|
| Printed: Wed Mar 23, 2005 | **LEONARD EUGENE DORSEY (S416962099)** | Booking Date MARCH 23rd, 2005 |

## ADMISSION OBSERVATIONS

| | | |
|---|---|---|
| Is inmate conscious? **Ⓨ** N | Is inmate capable of responding? **Ⓨ** N | Can inmate walk on own? **Ⓨ** N |
| Any difficulty breathing? **Ⓨ** N | Is inmate hostile/aggressive? Y **Ⓝ** | Any visible signs of trauma, bleeding, wounds or illness? Y **Ⓝ** |
| Did arrest result in injury? Y **Ⓝ** | Any fever, swollen lymph nodes, or jaundice? Y **Ⓝ** | Is skin in good condition and free of vermin? **Ⓨ** N |
| Is inmate under obvious influence of alcohol? Y **Ⓝ** | Is inmate under obvious influence of drugs? Y **Ⓝ** | Any visible signs of alcohol or drug withdrawal symptons? Y **Ⓝ** |
| Does inmate suggest risk of suicide? Y **Ⓝ** | Do you consider inmate an escape risk? Y **Ⓝ** | |

Observations    **WAS COOPARATIVE AT INTAKE**

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | | | | |
|---|---|---|---|---|---|
| Hepatitis | Y **Ⓝ** | Heart Disease | Y **Ⓝ** | Mental/Emotional Upset | Y **Ⓝ** |
| Tuberculosis | Y **Ⓝ** | Hypertension | Y **Ⓝ** | Attempted Suicide | Y **Ⓝ** |
| Sexually Transmitted Disease | Y **Ⓝ** | Epilepsy/Convulsions | Y **Ⓝ** | Asthma/Emphysema | Y **Ⓝ** |
| Ulcers | Y **Ⓝ** | Hemophiliac (bleeder) | Y **Ⓝ** | Cancer | Y **Ⓝ** |
| Kidney Trouble | Y **Ⓝ** | Aids/Exposed to Aids | Y **Ⓝ** | Diabetes | **Ⓨ** N |
| DT's | Y **Ⓝ** | Skin Problems | Y **Ⓝ** | Use Insulin | Y **Ⓝ** |
| Drug Addiction | Y **Ⓝ** | Alcholism | Y **Ⓝ** | Mental Illness | Y **Ⓝ** |
| Recent Head Injury | Y **Ⓝ** | Coughed/Passed Blood | Y **Ⓝ** | Recent Hospital Patient | Y **Ⓝ** |
| Recent Treatment | Y **Ⓝ** | Use Needles | Y **Ⓝ** | False Limbs/Teeth | Y **Ⓝ** |
| Contagious Disease | Y **Ⓝ** | Pregnant/Recent Delivery | Y **Ⓝ** | | |

Doctors Name and Address

Health Insurance

Special Diet

Prescriptions/Medications

Drug Allergies

Descriptions

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____    Date: _____    Time: _____

Officers's Signature _____    Date: _____    Time: _____

| Covington County Sheriff | **PROPERTY ISSUANCE LOG** | Booking Number |
|---|---|---|
| Date Issued: | | 200007385 |
| Printed: Wed Mar 23, 2005 | **LEONARD EUGENE DORSEY (S416962099)** | Booking Date |
| | | MARCH 23rd, 2005 |

| Quantity | Property Received | Condition Received | Returned | Condition Returned |
|---|---|---|---|---|
| 1 | SHEETS | | | |
| 1 | BLANKETS | | | |
| 1 | TOWEL | | | |
| 1 | WASHCLOTH | | | |
| 1 | TOOTHBRUSH | | N | |
| 1 | TOOTHPASTE | | N | |
| 1 | SOAP | | N | |
| 1 | SHOWER SLIDES | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Notes

I have received the above property and will return it upon my release, and assume responsibility for its care and maintenance. If returned in other then same condition issued, I will be responsible for property replacement.

Inmate's Signature _____    Date: _____    Time: _____

Officers's Signature _____    Date: _____    Time: _____

All property issued has been returned in same condition issued.

Inmate's Signature _____    Date: _____    Time: _____

Officers's Signature _____    Date: _____    Time: _____