# EXHIBIT B

# SOUTHERN HEALTH PARTNERS

## TB SKIN TEST VERIFICATION FORM

Prior to administering the TB skin test, please complete the information below. After administering the TB skin test, place this form in a central location for the test to be read within 72 hours. Once all information has been completed, file this completed form in the patient's medical record.

N/KA

Inmate Name: Dorsey Lemuel                              Cell # B

SS# 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     DOB 8-23-64       (Male) or Female

Date of TB Skin test: 5/1/05     Done by Nurse: B Colum 

Previous Positive: YES or (NO)     Previous Therapy: YES or (NO)

**TEST TO BE READ WITHIN 72 HOURS – COMPLETE BELOW INFORMATION:**

Date TB Skin test was read: 5/3/05     Done by Nurse: Carter RN

Number mm: 0     Referral for Chest X-ray: YES or NO    If yes, Date of CXR: _____

Comments: _____

Southern Health Partners, Inc.
# ADMISSION DATA / HISTORY AND PHYSICAL FORM

Exam Date: 5/2/05  S.S.#: 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  ID#: _____

Inmate Name: DORSEY, LEONARD E.
 (Last) (First) (Middle)  Date Booked: _____

Alias: _____
 (Last) (First) (Middle)  County: _____

Address: _____
 (Street) (City) (State) (Zip)

Telephone: _____  Birthdate: 8-23-64  Religion: _____

Education Completed: 11th  Special Education: _____

Marital Status: S (M) W D Separated  Read/Write English: (YES) NO  Other: _____

Previous Incarcerations: (Facility/Date) _____

## MEDICAL HISTORY

Notify in Emergency: Ethan Dorsey  Father
 (Name) (Relationship)

Address: 801 Myrtle  Andalusia   Phone: 427-4595
 (Street) (City) (State) (Zip)

Health Insurance: _____
 (Type of Insurance) (State) (Policy Number)

Family Physician: _____
 (Name) (Street Address) (City) (State) (Zip) (Phone Number)

Past Hospitalizations (include surgeries): Warm 1987
 (Location) (Street Address) (City) (State) (Zip)

Head Injury with Loss of Consciousness: N  Last Tetanus: _____  Immunization: _____

Allergies: NKA

Current Medication(s): None

## MENTAL HEALTH EVALUATION

Hospitalization for Mental Health Reasons: YES (NO)  If Yes, Why: _____

Where: _____  When: _____
 (Location) (Street Address) (City) (State) (Zip) (Date)

Psychotropic Meds (Specify type and last dose): None

Prior Counseling/Out-Patient Treatment for: No

Where: _____  When: _____
 (Location) (Street Address) (City) (State) (Zip) (Date)

Have you ever attempted suicide: N  How: _____  When: _____ (Date)

Have you recently considered committing suicide? N

Do people consider you a violent person? No

Have you ever been arrested for a violent crime/sexual offense? (Specify) No

Street drugs: Cocaine becoming daily  Smoker: pk/day  Etoh: getting heavy
 (Type-Quantity) (How Often) (How Long) (Type) (Date)

Inmate's Signature: X Leonard E. Dorsey  Date: _____

Interviewer's Signature: _____  Date: 5/2/05

Witness: (if physical is refused): _____  Date _____

| TAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MPERATURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OOD RESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| DATE | TIME GIVEN | MEDICATION & DOSAGE | INJ SITE | REASON | RESULTS OR RESPONSE | TIME NOTED | NURSE'S SIGNATURE TITLE |
|---|---|---|---|---|---|---|---|
| 5/3 | AM | refused | | | | | |
| 5/6/05 | AM | refused CC | | | | | |
| 5/11 | AM | refused | | | | | |
| 5/13 | AM | refused | | | | | |
| 5/19 | AM | refused | | | | | |
| 5/21 | AM | did not come for med call CC | | | | | |

# South Central Alabama Mental Health Center

Post Office Box 1028
Andalusia, Alabama 36420

Access To Care (Toll Free)
(877) 530-0002

Administrative / Business
Office (334) 222-2525



**SERVING BUTLER,
COFFEE, COVINGTON
AND CRENSHAW COUNTIES**

*Cynthia A. Hataway
Executive Director*

**MENTAL ILLNESS**
  ANDALUSIA
    Administration
    Case Management
    Outpatient
    Day Treatment
    Group Home
  ENTERPRISE
    Case Management
    Outpatient / RDP
  GREENVILLE
    Case Management
    Outpatient / RDP
  LUVERNE
    Case Management
    Outpatient / RDP
    Children's Services
    COD Adult Residential
**SUBSTANCE ABUSE**
  ANDALUSIA
    Intensive Outpatient
    DUI
  ENTERPRISE
    Intensive Outpatient
    DUI
  LUVERNE
    Administration
    Residential
    Prevention
**MENTAL RETARDATION**
  ANDALUSIA
    Administration
    Day Training
    Case Management
    Early Intervention
  ENTERPRISE
    Day Training
    Case Management
    Early Intervention
  GREENVILLE
    Day Training
    Case Management
    Early Intervention
  LUVERNE
    Case Management
    Early Intervention

June 16, 2005

Please refer Mr. Leonard Dorsey to Dr. McWhorter for evaluation — for medication. Reports hearing voices —

Thank you

Reggie Wells, MSW

# PROGRESS NOTES

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

| Last Name | First Name | Attending Physician | Room No. | Hosp. No. |
|---|---|---|---|---|
| Dorsey | Leonard | Dr. McWhorter | | |

Notes Should Be Signed by Physician

| Date | |
|---|---|
| 6-29-05 | V/O. Orders per Dr. McWhorter to start Thorazine 50mg ↑ po BID + if medication not effective then we'll D/C and start Risperdal 1mg qd. V.O. Dr. McWhorter/R Calvin RN |

Dr. _____

# EDICATION ADMINIST N RECORD

| MEDICATIONS | HOUR | 1-31 |
|---|---|---|
| Ibuprofen 800 mg PO BID x 7d | AM | |
| | PM | |
| economine ī PO BID x 7d | AM | |
| | PM | |
| Ibuprofen 800 mg PO BID PRN | AM | |
| | PM | |
| economine ī PO BID PRN | AM | |
| | PM | |
| proven ī PO BID x 7 days | AM | |
| | PM | |

FOR: 5/2/05   THROUGH: 5/31/05

MW

NKA

Medicare Number: H16-91-2099


SOUTHERN HEALTH PARTNERS

# INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctio officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system this facility.

Today's Date: 4/30/05   Pod/Location: CC)   Cell: 3   ID#: _____

Inmate's Full Name: Leonard L. Dorsey

Complaint/Problem: Stress Head neck Dezyness

How long have you had this problem? Most of Day

Inmate's Signature: Leonard L. Dorsey   Date: 4/30/05

*********  *********  *********  *********  *********  *********  *********

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:   Temp____   Resp____   Pulse____   B/P____

Instructions/Assessment: Document your findings, inmate's responses/actions ____

History + Physical due

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again ____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: ____   Seen by: ____

*Place original form in patient's medical record.*



**SOUTHERN HEALTH PARTNERS**

# INMATE SICK CALL SLIP – MEDICAL REQUEST

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 5/8/05    Pod/Location: CCJ    Cell: B    ID#: 

Inmate's Full Name: Leonard C Dorsey

Complaint/Problem: toothly, sinus, Drug withdrawals

How long have you had this problem? 

Inmate's Signature: Leonard C Dorsey    Date: 5/8/05

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TO BE COMPLETED BY MEDICAL STAFF:**

Note Patient's Vital Signs:    Temp 97⁵    Resp 18    Pulse 78    B/P 107/63

Instructions/Assessment: Document your findings, Inmate's responses/actions

c/o HA, Sinus – will give Ibuprofen + Decongestant 800mg PO BID PRN    T PO BID

All Dentist List    t/o Dr McW/JCarter RN

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 5/9/05    Seen by: JCarter RN

*Place original form in patient's medical record.*

4 copies go to → Jerry Edgar / (Dorene nelson) Anthony Clark



**SOUTHERN HEALTH PARTNERS**

Time 11:03

# INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 05/26/05   Pod/Location: CCJ   Cell: B   ID#_____

Inmate's Full Name: Dorsy L. Leonard

Complaint/Problem: "Drug Addiction Personal problems stressed" haven "Hardship," all so would like a "Indigent form" please conside this request Thanks

How long have you had this problem? 6 mths or better

Inmate's Signature: Leonard E. Dorsy   Date: 05/26/05

**********  **********  **********  **********  **********  **********  **********

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:   Temp_____   Resp_____   Pulse_____   B/P_____

Instructions/Assessment: Document your findings, Inmate's responses/actions_____

_____

_____

_____

_____

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required?  If checked, date to be seen again_____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical:_____   Seen by:_____

*Place original form in patient's medical record.*



Copies 3

Time 11:05 p
05/27/05



SOUTHERN HEALTH PARTNERS

# INMATE SICK CALL SLIP – MEDICAL REQUEST

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: **05/27/05**   Pod/Location: **Covington Jail**   Cell: **B**   ID#: _____

Inmate's Full Name: **Leonard E. Dorsey**

Complaint/Problem: **I am very stressed at times. I am in need of the Chaplain as well as psychiatric examination. Please consider drug addiction.**

How long have you had this problem? **For some time now 6 mths or greater**

Inmate's Signature: **Leonard E. Dorsey**   Date: **05/27/05**

* * * * * * * * * *

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:   Temp **97**   Resp **18**   Pulse **78**   B/P **117/66**

Instructions/Assessment: Document your findings, Inmate's responses/actions

**No h/o psychiatric problems – has never been to _____ cursed out by inmate – very belligerent – escorted back to cell by jailor.**

**Carter RN**

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required?  If checked, date to be seen again _____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: _____   Seen by: _____

*Place original form in patient's medical record.*



Date 06/14/05



# INMATE SICK CALL SLIP – MEDICAL REQUEST

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 06/4/05  Pod/Location: C.C.J.  Cell: B  ID#: _____

Inmate's Full Name: Leonard E. Dorsey

Complaint/Problem: Stressed pyshical mential unable to sleep Request Doctor for examination as well any or all medical "Nurse Miss Connie" Mon.

How long have you had this problem? 6 mths or better

Inmate's Signature: Leonard E. Dorsey   Date: 06/4/05

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TO BE COMPLETED BY MEDICAL STAFF:**

Note Patient's Vital Signs:   Temp 97.3   Resp 20   Pulse 88   B/P 140/90

Instructions/Assessment: Document your findings, Inmate's responses/actions Came to sick call. Inmate stpaned — See nurses note

No Charge

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again _____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 6/6/05   Seen by: C. Lyons LPN

*Place original form in patient's medical record.*

Copy ok

Time: 10:50 pm
6/9/05




SOUTHERN HEALTH PARTNERS

# INMATE SICK CALL SLIP – MEDICAL REQUEST

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 6/10/05    Pod/Location: CCJ    Cell: B    ID#: _____

Inmate's Full Name: Leonard E. Dorsey

Complaint/Problem: Sick

How long have you had this problem? _____

Inmate's Signature: Leonard Dorsey    Date: 6/10/05

**********  **********  **********  **********  **********  **********  **********

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:    Temp 96⁸    Resp 18    Pulse 71    B/P 123/71

Instructions/Assessment: Document your findings, Inmate's responses/actions

c/o headache that come & go.
c/o poss sinus problem
① IBU PRN BID
for headache x 7 days
50 ay Mylanta

☑ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again _____
☐ Chronic Condition
☑ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 7/3/05    Seen by: _____

*Place original form in patient's medical record.*

Copies 3



**INMATE SICK CALL SLIP – MEDICAL REQUEST**

Time 10:46 PM

*TO BE COMPLETED BY INMATE:* Please complete the top half of the Sick Call Slip and return it to the correction officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to b[e] seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system [at] this facility.

Today's Date: 06/13/05  Pod/Location: CCJ  Cell: B  ID#: _____

Inmate's Full Name: Leonard Dorsey

Complaint/Problem: Headache

How long have you had this problem? 2 day off and on

Inmate's Signature: Leonard E. Dorsey  Date: 06/13/05

****************************************************

**TO BE COMPLETED BY MEDICAL STAFF:**

Note Patient's Vital Signs:  Temp_____  Resp_____  Pulse_____  B/P_____

Instructions/Assessment: Document your findings, Inmate's responses/actions

See attached 6/13/05

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again _____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: _____  Seen by: _____

*Place original form in patient's medical record.*



Time 10:46 PM



SOUTHERN HEALTH PARTNERS

# INMATE SICK CALL SLIP – MEDICAL REQUEST

***TO BE COMPLETED BY INMATE:*** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 06/13/05    Pod/Location: CCJ    Cell: B    ID#_____

Inmate's Full Name: Leonard Dorsey

Complaint/Problem: Headache

How long have you had this problem? 2 day off and on

Inmate's Signature: Leonard E. Dorsey    Date: 06/13/05

**********  **********  **********  **********  **********  **********  **********

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:   Temp_____   Resp_____   Pulse_____   B/P_____

Instructions/Assessment: Document your findings, Inmate's responses/actions

See attached 6/13/05

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again_____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical:_____   Seen by:_____

*Place original form in patient's medical record.*



**SOUTHERN HEALTH PARTNERS**

# INMATE SICK CALL SLIP – MEDICAL REQUEST

TO BE COMPLETED BY INMATE: Please complete the top half of the Sick Call Slip and return it to the correc[tional] officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you [to be] seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay syst[em at] this facility.

Today's Date: 06/15/05  Pod/Location: CCJ  Cell: B  ID#: _____

Inmate's Full Name: Dorsey Leonard

Complaint/Problem: Headaches

How long have you had this problem? Lately 4 days

Inmate's Signature: Leonard Dorsey   Date: 06/15/05

\*\*\*\*\*\*\*\*\*\*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:  Temp____ Resp____ Pulse____ B/P____

Instructions/Assessment: Document your findings, Inmate's responses/actions

Referred to Dr. McWhorter 6-22-05 — C/o Sinus pressure. Decongestant SA I po BID x 7 days

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again ____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 6/16/05   Seen by: Q Calvin fnp

*Place original form in patient's medical record.*

Copies 3



Thur.

# INMATE SICK CALL SLIP – MEDICAL REQUEST

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the corre officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for yo seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay sys this facility.

Today's Date: 06-23-05   Pod/Location: C.C.J   Cell: B   ID# 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

Inmate's Full Name: Leonard E. Dorsey

Complaint/Problem: "Stressed" in need of Medical examination by Professional Doctor A.S.A.P.

How long have you had this problem? 8 mths or better

Inmate's Signature: Leonard E. Dorsey   Date: 06/22/05

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:   Temp_____ Resp_____ Pulse_____ B/P_____

Instructions/Assessment: Document your findings, Inmate's responses/actions

Referred to europe Mental Health. Called Mental Health and left message to call

☐ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again _____
☐ Chronic Condition
☐ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 6/23/05   Seen by: [signature]

Place original form in patient's medical record.

Time 6:35 AM



# INMATE SICK CALL SLIP – MEDICAL REQUEST

**TO BE COMPLETED BY INMATE:** Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system of this facility.

Today's Date: 07/3/05  Pod/Location: CCJ  Cell: B  ID#: _____

Inmate's Full Name: Leonard E. Dorsey

Complaint/Problem: Sinus as well as sleeping problem also would like to see Doctor Willard H. McWhorter III MD or PR nurse asap "Connie Lyon"

How long have you had this problem? Withdraws cocine (5, 2005 + 7, 2005)

Inmate's Signature: Leonard E. Dorsey     Date: 07/3/05

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:  Temp 97.5  Resp 18  Pulse 96  B/P 100/70

Instructions/Assessment: Document your findings, Inmate's responses/actions

① Decongestine SR i PO BID PRN × 30 days for chronic sinus problems.

② Inmate request Desyrel be decreased from 150 mg to 100 mg. because the 150 mg is too strong to take @ 6pm. Desyrel 100 mg. i PO @ HS

t/o Dr. McWhorter Chysocion

☒ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required? If checked, date to be seen again _____
☐ Chronic Condition
☒ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 7/4/05  Seen by: C. Lyon, LPN

Place original form in patient's medical record.

Dorsey, Leonard    8-23-64    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

/05  Inmate has some emotional problems - Herb McIntosh coming to see in a.m. C. Lyons RN

/05  Herb McIntosh saw inmate today & inmate states "He told me that he was going to place me on some desyrel @ bedtime." This nurse called Mr. McIntosh @ his office & left a voice mail. C. Lyons RN

/05  Called & spoke c Reggie @ Mental Health & he has not seen nor spoke c Herb McIntosh due to Herb having an emergency illness in the family & is not aware of Herb McIntosh ordering desyrel for Mr. Dorsey. C. Lyons RN

/05  Desyrel 150 mg 1 PO qHS V/o Dr. McWhorter/c.L.

/05  Notified Mental Health to see if could get a hold of Herb McIntosh & he is not in. C. Lyons RN

/05  Notified Mental Health to see if appt. could be made today since unable to get up c Herb McIntosh. Told that Herb McIntosh has to set the appt. up c the counselor himself. C. Lyons RN

/05  Notified Herb McIntosh again regarding need for appt. C. Lyons RN

/29/05  Pt seen by Mental Health dept. C. Lyons RN



| Date/Time | Inmate's Name: | D.O.B.: | S.S. #: |
|---|---|---|---|
| | Dorsey, Leonard | 8-23-64 | 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 |

5/28/05 7 am Came to this nurse for meds & noted ⓡ side of face sl. swollen p̄ tooth extraction. It was not swollen before tooth was extracted. Instructed inmate to put in a call slip for tomorrow (Monday) if swelling is there. C. Lyons LPN

5/30/05 10:10 AM — Inmate Dorsey in for sick call. States getting stressed out being in jail and in B Block with a lot of other inmates — I pointed out that on his H&P he denied any past mental health problems and that many inmates are somewhat stressed from being in jail. He then became extremely belligerent and started swearing "F___" — I immediately called the jailor to remove him from my office — J Carter RN

6-16-05 10:30 am — Inmate returned from Mental Health appt c̄ orders for inmate to see Dr. McWhirter for medication p̄ "hearing voices" — J Colvin RN