# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEONARD E. DORSEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO.: 2:05-CV-565-T |
| GREG WHITE, et al., | ) ) ) |
| Defendants. | ) ) |

## AFFIDAVIT OF ANTHONY CLARK

STATE OF ALABAMA         )
                         )
COUNTY OF COVINGTON      )

1. My name is Anthony Clark. I am over the age of nineteen and am competent to execute this affidavit, which is based on my personal knowledge, training and experience.

2. I am the duly-elected Sheriff of Covington County, Alabama and was the duly-elected Sheriff of Covington County at all times relevant to Plaintiff's Complaint.

3. I have reviewed the Plaintiff's Complaint filed in this matter. I have no personal knowledge of any of the facts stated in the Complaint. I did not become aware of the allegations made the basis of the Plaintiff's Complaint until I was served with it.

4. It is the policy of the Covington County Sheriff's Department that members of the jail staff receive and answer inmate grievances. Forms on which grievances may be related to the jail staff are readily available in the jail. Inmates are furnished these forms at any time they request one. An exception exists for requests of an emergency nature, which may be made orally. Members of the jail staff are charged with responding to such grievances. Copies of all completed grievances and request forms are placed in an inmate's jail file.

5. Inmates are made aware of the grievance procedure.

6. To not provide an inmate with a grievance form or address a grievance would be a violation of the policy of this jail.

7. I am not personally involved in the day-to-day operations of the jail. I have delegated that power and authority to the Jail Administrator.

8. The Covington County Jail has a policy of providing adequate housing, food, and toilet facilities for its residents. Each inmate receives three nutritious meals per day and continual access to water and toilet facilities. Inmates are commonly known to gain weight while incarcerated at the Covington County Jail.

9. Most or all inmates' cells remain unlocked at night so that inmates housed in the day rooms have access to toilet and water facilities.

10. The Covington County Jail currently houses approximately 230 inmates on any given day, of which approximately 200 are male. The jail was constructed to house 132 inmates. The Covington County Jail is currently housing approximately 40 state inmates, approximately 20 of which are significantly overdue for pickup by Alabama State correctional officers. However, this excess capacity does not present a health or safety hazard. Every inmate is given a bed or 6-inch thick sleeping mat to sleep on, as well as continual access to water and toilet facilities. The jail is kept clean, and routinely passes quarterly inspection by the Covington County Health Department. Further, just six weeks prior to the date of Plaintiff's Complaint, the Covington County Jail passed an inspection by the State Department of Corrections.

11. The Covington County Commission has contracted with Southern Health Partners, Inc. ("SHP") to provide all health care related services to the inmates at the Covington County Jail. SHP provides a doctor and at least one nurse which are available for inmate needs

2

24 hours a day, seven days a week. In particular, SHP staff recommend and perform inmate physical and mental health evaluations and treatments, and initiate and/or confirm health-related appointments with outside health-care providers as needed. The responsibility of jail personnel with regards to health-related appointments outside the jail is limited to transporting the inmates to any such appointments upon the instruction of SHP staff.

12. Neither I nor any Covington County Jail personnel have any control, authority or responsibility for the provision of health care to jail inmates; we are required to rely on the training and expertise of SHP for such services. However, in emergency situations, jail personnel are authorized to contact the SHP nurse or doctor and/or call for an ambulance and emergency medical assistance.

13. Southern Health Partners staff maintain, control, secure and dispense all medications. Covington County Jail personnel do not have access to patient medications, and have no control, authority or responsibility for the dispensing of medications to inmates.

14. It is the policy of the Covington County Jail that threats to an inmate are taken seriously and action is taken when an inmate reports a threat. It would be a violation of the policies of the Covington County Jail to ignore an inmate's report of a threat.

15. To my knowledge, this Plaintiff has not reported any threat to any officer or employee of the Covington County Jail.

16. The Covington County Jail provides a law library for inmate use. Inmates can request a book from the library, or alternatively, can submit a written request to be taken to the law library. To my knowledge, the Plaintiff has not submitted a written request to use the jail law library.

17. Weather permitting, it is the policy of the Covington County Jail to allow every inmate at least thirty (30) minutes per day to exercise in an outdoor exercise yard. Frequently the inmates are allowed more than thirty minutes. The only exception to this policy would be in the case of inmates who are at risk for violence, escape, or other mitigating factor. Aside from the foregoing exception, it would be a violation of the policy of the Covington County Jail to fail to provide every inmate an opportunity for outdoor exercise.

18. I certify and state that the documents provided to the Court which are attached to the Defendants' Special Report are true and correct copies of the Plaintiff's inmate records, kept at the Covington County Jail in the regular course of business.

19. I affirm, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

_____
Anthony Clark

SWORN TO and SUBSCRIBED before me this 27 day of July, 2005.

_____
NOTARY PUBLIC

My Commission Expires: 3/2/09