# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEONARD E. DORSEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO.: 2:05-CV-565-T ) |
| GREG WHITE, et al., | ) ) |
| Defendants. | ) |

## AFFIDAVIT OF GREG WHITE

| | |
|---|---|
| STATE OF ALABAMA | ) ) |
| COUNTY OF COVINGTON | ) |

BEFORE ME, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Greg White, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1. My name is Greg White. I am over the age of nineteen and competent to make this affidavit.

2. I am the Chairman of the Covington County, Alabama Commission.

3. I have reviewed the Complaint filed in this matter.

4. I have no personal knowledge of the facts stated in the Complaint.

5. As the Chairman of the Covington County Commission, I have no duties whatsoever regarding the day-to-day operations of the Covington County Jail and have no authority to set policies, procedures or customs for the jail or the Covington County Sheriff Department.

6. I swear, to the best of my present knowledge, information, and belief, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

_____
Greg White

SWORN TO and SUBSCRIBED before me this 26th day of July, 2005.

_____
NOTARY PUBLIC

My Commission Expires: 10/22/05

2