# EXHIBIT F

| BREAKFAST | LUNCH | DINNER |
|---|---|---|
| Sun. May 1st<br>Pancakes<br>Eggs<br>Syrup<br>White Milk | Pork Luncheon Meat<br>Cream of Veg Soup<br>Crackers<br>Water | Fried Chicken<br>Cream Potatoes<br>Green Beans<br>Bread/Tea/Cake |
| Mon. May 2nd<br>Eggs<br>Grits<br>Biscuit/Jelly<br>Orange Drink | Peanut Butter & Jelly<br>Potato Soup<br>Brownie<br>Water | Potato Augratin<br>Cream Corn<br>Green Peas/Jello<br>Corn Bread/Tea |
| Tues. May 3rd<br>Grits<br>Bologna<br>Biscuit/Jelly<br>Orange Drink | Hot Dog<br>French Fries<br>Pork & Beans<br>Water | Salisbury Steak<br>White Peas/Jello<br>Macaroni Cheese<br>Corn Bread/Tea |
| Wed. May 4th<br>Oatmeal<br>Eggs<br>Biscuit/Jelly<br>Orange Drink | Turkey Sandwich<br>Veg. Soup<br>Crackers<br>Water | Chicken Pot Pie<br>Green Beans<br>Jello<br>Corn Bread/Tea |
| Thurs. May 5th<br>Eggs<br>Grits<br>Biscuit/Jelly<br>Orange Drink | Grilled Cheese<br>French Fries<br>Cookie<br>Water | Pork Steak<br>Turnip Greens<br>Yams/Rice<br>Corn Bread/Tea |
| Fri. May 6th<br>Grits<br>Bologna<br>Biscuit/Jelly<br>Orange Drink | Beef Patty Brd.<br>French Fries<br>Cookie<br>Water | Beef Peppered Steak<br>Black Eyed Peas<br>Turnip Greens<br>Macaroni Cheese<br>Corn Bread/Tea |
| Sat. May 7th<br>Oatmeal<br>Eggs<br>Biscuit/Jelly<br>Orange Drink | Bologna Sand.<br>Cream of Veg. Soup<br>Crackers<br>Water | Pork Choppetts<br>Mixed Veg./Jello<br>W. C. Corn<br>Corn Bread/Tea |

Sun. May 8th
Pancakes
Eggs
Syrup
White Milk

⚬ k. B.B.Q. Sandwich
   k Baked Beans
     Cookie
     Water

r Fried Chicken
r Candid Yams
k Green Beans/Cake
  Bread/Tea

Mon. May 9th
Eggs
Grits
Biscuit/Jelly
Orange Drink

ƒ * Hamburger
  y French Fries
  x Brownie
    Water

x Chili Mac /TURKEY
r Candid Yams
r Cabbage
  Corn Bread/Tea

Tues. May 10th
Grits
Bologna
Biscuit/Jelly
Orange Drink

⚬ x Pork Luncheon Meat
  x Cream of Veg. Soup
  x Crackers
    Water

k Chicken Breast/Gravy
x White Peas/Rice
y Pinto Beans
  Corn Bread/Tea

Wed. May 11th
Oatmeal
Eggs
Biscuit/Jelly
Orange Drink

⚬ r Peanut Butter & Jelly
  r Potato Soup
  ~~Crackers~~ BROWNIES
    Water

x Beef Steak
x Collards/Jello
y Large Limas
  Corn Bread/Tea

Thurs. May 12th
Eggs
Grits
Biscuit/Jelly
Orange Drink

Hot Dog
French Fries
Pork & Beans
Water

Tuna Mac
W.C. Corn
White Peas
Corn Bread/Tea

Fri. May 13th
Grits
Bologna
Biscuit/Jelly
Orange Drink

Turkey Sandwich
Veg. Soup
Crackers
Water

Chicken & Rice
Mixed Veg/Jello
Crowder Peas
Corn Bread/Tea

Sat. May 14th
Oatmeal
Eggs
Biscuit/Jelly
Orange Drink

Grilled Cheese
French Fries
Cookie
Water

Veal Steak
Collards/Jello
Purple Hull Peas
Corn Bread/Tea

| Breakfast | Lunch | Dinner |
|---|---|---|
| Sun. May 15th<br>Pancakes<br>Eggs<br>Syrup<br>White Milk | Beef Patty Brd.<br>French Fries<br>Cookie<br>Water | Fried Chicken<br>Mashed Potatoes<br>Green Beans<br>Cake/Bread/Tea |
| Mon. May 16th<br>Eggs<br>Grits<br>Biscuit/Jelly<br>Orange Drink | Bologna Sandwich<br>Veg. Soup<br>Cracker<br>Water | Spaghetti & Meat<br>W. C. Corn/Jello<br>Garlic Bread<br>Water |
| Tues. May 17th<br>Grits<br>Bologna<br>Biscuit/Jelly<br>Orange Drink | B.B.Q. Sandwich<br>Baked Beans<br>Cookie<br>Water | Chicken & Noodles<br>Pinto Beans<br>Cole Slaw<br>Corn Bread/Tea |
| Wed. May 18th<br>Oatmeal<br>Eggs<br>Biscuit/Jelly<br>Orange Drink | Hamburger<br>French Fries<br>Cookie<br>Water | Chili Beans & Rice<br>W. C. Corn<br>Jello<br>Corn Bread/Tea |
| Thurs. May 19th<br>Eggs<br>Grits<br>Biscuit/Jelly<br>Orange Drink | Pork Luncheon Meat<br>Cream of Veg. Soup<br>Crackers<br>Water | B.B.Q. Chicken<br>Mashed Potatoes<br>Great Northern Beans<br>Corn Bread/Tea |
| Fri. May 20th<br>Grits<br>Bologna<br>Biscuit/Jelly<br>Orange Drink | Peanut Butter & Jelly<br>Potato Soup<br>Brownie<br>Water | Red Beans & Rice<br>Cream Corn<br>Mixed Veg.<br>Corn Bread/Tea |
| Sat. May 21st<br>Oatmeal<br>Eggs<br>Biscuit/Jelly<br>Orange Drink | Hot Dog<br>French Fries<br>Pork & Beans<br>Water | Breaded Fish Sticks<br>Cole Slaw/Rice<br>Baked Beans<br>Corn Bread/Tea |

Sun. May 29th
Pancakes
Eggs
Syrup
White Milk

Peanut Butter & Jelly Sand.
Potato Soup
Brownie
Water

Fried Chicken
Mashed Potatoes
Green Beans
Cake/Bread/Tea

Mon. May 30th
Eggs
Grits
Biscuit/Jelly
Orange Drink

Hot Dog
French Fries
Pork & Beans
Water

Chili Mac
Candid Yams
Turnips
Corn Bread/Tea

Tues. May 31st
Grits
Bologna
Biscuit/Jelly
Orange Drink

Turkey Sand.
Veg. Soup
Crackers
Water

Chicken Breast/Gravy
White Peas/Rice
Pinto Beans
Corn Bread/Tea