# EXHIBIT G

N911
DOC form 914
Rev. 2/94




# STATE OF ALABAMA

DEPARTMENT OF CORRECTIONS
Engineering Administrative Division
2265 Maron Spillway Road
Elmore, Alabama 36025
(205) 567-1556

## JAIL INSPECTION REPORT

Sheriff/Chief of Police: ANTHONY CLARK
City: ANDALUSIA
County: COVINGTON
Phone No.: 222-7148 ext 1557

Jail: Covington County
Date: 4-20-2005
Time: 10:10 AM
Inspector: Sidney Keller

This is to report conditions of your jail as of this date of inspection. Please carefully note and make needed corrections. These adjustments are necessary to bring your facility into compliance with the standards set forth in Title 14, Code of Alabama, 1975.

—CHECK MARK indicates most accurate description—

**WHAT GOVERNING BODY HAS SUPERVISORY POWER?**
City Council _____ County Commission ✓

**POPULATION:**
STATE  W/M___ B/M___ W/F___ B/F___ TOTAL___
COUNTY W/M___ B/M___ W/F___ B/F___ TOTAL___
CITY   W/M___ B/M___ W/F___ B/F___ TOTAL___
FEDERAL W/M___ B/M___ W/F___ B/F___ TOTAL___
JUVENILES W/M___ B/M___ W/F___ B/F___ TOTAL___
GRAND TOTAL ___

**JAIL CAPACITY:**
MALE___ FEMALE___ JUVENILE___ TOTAL___

1. Are Female Prisoners housed separately? YES ✓ NO___ NONE___
2. Are separate quarters available for Juveniles? YES___ NO___ NONE ✓
3. Number of state inmates ON WAIVER ___

**JAIL EMPLOYEES:**
1. Number of Jailers ___ 5
2. Number of Matrons ___ 2
3. Other Employees ___ 2
4. Are Jailers POST Certified? YES ✓ NO___

**BUILDING:**
GENERAL APPEARANCE:
1. Exterior ........ Poor___ Fair___ Good ✓
2. Interior ........ Poor___ Fair___ Good ✓
3. Fence .......... Poor___ Fair ✓ Good___ None___
4. Yard ........... Poor___ Fair___ Good ✓ None___
5. Type of Construction: Brick ✓ Cement___ Wood___ Other___
6. Year Constructed: 1986
7. Types of Locking Devices: Manual ✓ Electric ✓
8. Condition of Locking Devices: Poor___ Fair___ Good ✓ None___
9. Observation
10. Windows: Poor___ Fair ✓ Good___ None___
11. Screens: Poor___ Fair___ Good___ None ✓
12. Grills: Poor___ Fair ✓ Good___ None___
13. Windows: Poor___ Fair ✓ Good___ None___
14. Cells: Poor___ Fair ✓ Good___ None___

**SAFETY FEATURES:**
1. Emergency Exits: Poor___ Fair___ Good ✓ None___
2. Fire Apparatus: Poor___ Fair___ Good ✓ None___
3. Stairways: Poor___ Fair___ Good ✓ None___
4. Elevators: Poor___ Fair___ Good___ None ✓

5. Is there an EMERGENCY (fire) EVACUATION plan POSTED? YES___ NO ✓
6. Are Fire and Safety precautions observed? YES ✓ NO___
If NOT, explain in Comments section.

**TRAINING:**
IN-SERVICE: YES ✓ NO___
Other: ___

**ARE OPERATING PROCEDURES WRITTEN?** YES___ NO ✓

**IS THERE A PRINTED MANUAL?** YES ✓ NO___

**JAIL RECORDS:**
1. Arrest Record ............. YES ✓ NO___
2. Are personal property and cash receipted? YES ✓ NO___
3. Visits ..................... YES___ NO ✓
4. Medical .................... YES ✓ NO___
5. Commitment and Discharges .. YES ✓ NO___
Are Jail Records Adequate? YES___ NO ✓
Are Prisoners Fingerprinted? YES ✓ NO___
Are Prisoners Photographed? YES ✓ NO___

**SECURITY:**
1. Is the jail reasonably secure? YES ✓ NO___
2. Are periodic inspections made of security facilities? YES ✓ NO___
3. Are firearms stored safely? YES ✓ NO___
Where are they stored? Lockbox
4. Are there regulations prohibiting carrying of firearms into the Jail? YES ✓ NO___
5. KEY CONTROL:
Are keys ever in possession of inmates? YES___ NO ✓
Are keys properly stored and accounted for? YES ✓ NO___
6. How often are prisoners quarters visited? Every hour
7. Is jailer on duty 24 hours daily? YES ✓ NO___
8. Are CHECKS conducted at night? YES ✓ NO___
Are CHECKS logged? YES ✓ NO___
9. Are complete SHAKEDOWNS accomplished? YES ✓ NO___
10. Are periodic COUNTS conducted? YES ✓ NO___

Page 1 of 3

11. Are CONTRABAND CONTROL
procedures in effect? ............. YES ✓ NO ___

12. INMATE VISITS:
When are visits allowed?
Daily ___ Semi-Weekly ___ Weekly ___ Other ___
Who is allowed to visit inmates?
Relatives ..................... YES ✓ NO ___
Friends ..................... YES ✓ NO ___
Clergy ..................... YES ✓ NO ___
Are CONTACT VISITS allowed? ... YES ___ NO ✓

13. INMATE MAIL:
Are INCOMING MAIL
and packages INSPECTED? ...... YES ✓ NO ___

14. Do new prisoners receive
instructions about JAIL RULES? ... YES ✓ NO ___
Are these instructions: VERBAL ___ WRITTEN ✓

15. TRUSTIES:
Are TRUSTIES used? ........... YES ✓ NO ___
Who selects the TRUSTIES?
Sheriff/Chief ___ Jailer ___ Other _____

16. Are inmates in UNIFORM? ....... YES ✓ NO ___
Coveralls ___ Pants & Shirts ✓
Are uniforms MARKED? ....... YES ✓ NO ___

DISCIPLINARY PROCEDURES:
1. Does the jail hold
DISCIPLINARY HEARINGS? ...... YES ✓ NO ___
2. Who exercises disciplinary authority?
Sheriff/Chief ___ Jailer ___ Other _____

FOOD SERVICES:
General Condition
Kitchen ............. POOR ___ FAIR ___ GOOD ✓
Tables ............. POOR ___ FAIR ___ GOOD ✓
Shelves ............. POOR ___ FAIR ___ GOOD ✓
Screens ............. POOR ___ FAIR ___ GOOD ___
1. Is the cook paid? .............. YES ___ NO ✓
2. Who supervises the Kitchen? _STAFF_
3. Who plans the Menu? _____
4. Do inmates assist
in food preparation? ........... YES ___ NO ✓
5. What type of eating
utensils are used?
Plastic ✓ Paper ___ Metal ___ Other ___
Are the utensils washed? ....... YES ___ NO ___
How Washed? .......... HAND ___ SANITIZER ___
6. Are the standards of
sanitation adequate? ............. YES ✓ NO ___
7. Is copy of menu available
on the date of inspection? ........ YES ✓ NO ___
8. Do paid employees supervise
the serving of meals? .......... YES ✓ NO ___
9. Is the diet adequate? .......... YES ✓ NO ___
10. Number of meals served per day?
1 ___ 2 ___ 3 ✓
11. Food Preparation .... POOR ___ FAIR ___ GOOD ✓
Quality ............. POOR ___ FAIR ___ GOOD ✓
Quantity ............ POOR ___ FAIR ___ GOOD ✓
12. Storage of Food ...... POOR ___ FAIR ___ GOOD ✓
Refrigeration .......... POOR ___ FAIR ___ GOOD ✓
13. Are Commissary (or store)
purchases available to inmates? .. YES ✓ NO ___

SANITATION AND PERSONAL HYGIENE:
1. Is there a systematic
CLEANING PROGRAM in effect? ... YES ✓ NO ___

2. Are adequate TOOLS and
CLEANING MATERIALS available? YES ___ NO ___
3. What type of BEDDING
is provided? Sheets ___ Blankets ___
Mattress Cover ___ Pillow ___ Pillow Case ___
HOW OFTEN IS BEDDING
LAUNDERED?
Semi-Weekly ___ Weekly ✓ Other ___
4. Are excessive FOOD or
unnecessary ITEMS in CELLS? .... YES ___ NO ✓
5. Is DRINKING WATER available
at all times? ..................... YES ✓ NO ___
6. Are HOT and COLD WATER
available for bathing? ............. YES ✓ NO ___
7. Are HEATING and
VENTILATION adequate? ......... YES ✓ NO ___
8. Is LIGHTING adequate? .......... YES ✓ NO ___
9. Condition of PAINT?
Interior ............... POOR ___ FAIR ✓ GOOD ___
Exterior ............. POOR ___ FAIR ___ GOOD ✓
10. Are BATHING FACILITIES
available to all inmates? ............ YES ✓ NO ___
11. Are SOAP and
TOWELS available? ............... YES ✓ NO ___
12. HOW OFTEN are inmates
REQUIRED TO BATHE?
Daily ___ Semi-Weekly ___ Weekly ___ Other ___
13. CONDITION OF PLUMBING
Are there LEAKING PIPES
in the Jail? ..................... YES ___ NO ✓
COMMODES ..... POOR ___ FAIR ___ GOOD ✓
LAVATORIES .... POOR ___ FAIR ___ GOOD ✓
SHOWERS ....... POOR ___ FAIR ___ GOOD ✓
14. Does the Jail have a
PEST CONTROL program? ....... YES ✓ NO ___
How often treated? _____
By Whom? _____

MEDICAL SERVICE:
1. Name of PHYSICIAN?
_____
2. How often do physicians
visit the jail/facility?
Daily ___ Weekly ___ On-Call ___
Other (specify) _____
3. What HOSPITAL facilities
are used for inmates? _____
_____
4. Is the Veneral Disease Act enforced
(Title 22, Chapter 16-7)? ............ YES ___ NO ___

INMATE PROGRAMS:
1. Are Counseling Services available? .. YES ✓ NO ___
2. Recreation Facilities ............... YES ✓ NO ___
Types Provided: _____
3. Educational Opportunity .......... YES ___ NO ___
Types Offered: _____

COMPLAINTS:
1. Are there justifiable complaints? ..... YES ___ NO ___
2. Is Jail involved in Litigation? ........ YES ___ NO ___
If YES, type. _____
3. Is the Jail or Facility
Racially Integrated? ............... YES ✓ NO ___
4. Is there a Current
Grand Jury Report on the Jail? ...... YES ___ NO ✓

**INSPECTORS COMMENTS:**

R.N.'s at jail - pill pass

Exercise yard in use.

Blankets & sheets are removed from blocking view into cells on a regular basis. Amount of personal items allowed in cells has been reduced.

Jail overcrowded at this time.

Improvement noted in cleanliness.

New security procedures put in place but without respect to privacy.

Inspector's Signature

Time of Completion _____

Copy Received By:

_____  _____  _____
SIGNATURE                Date    Office

_____  _____  _____
SIGNATURE                Date    Office

Copy: State Fire Marshal ☐
      County Health Department ☐
Page 3 of 3