IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| LEONARD E. DORSEY | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-565-T |
| GREG WHITE, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Plaintiff filed a Motion for Issuance of Subpoenas on July 26, 2005. (Doc. No. 8.) He seeks to obtain copies of grievances and medical records maintained by the Covington County Jail. Upon consideration of the motion and in light of the evidentiary materials submitted by Defendants in support of their special reports, it is

ORDERED that the Motion for Issuance of Subpoenas (Doc. No. 8) IS DENIED as the information sought by Plaintiff is either cumulative of information provided by Defendants or irrelevant to a determination of the issue pending before this court.

DONE this 1st day of August, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE