IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LEONARD E. DORSEY,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 2:05-CV-565-T |
| **GREG WHITE, et al.,** | ) |
| Defendants. | ) |

## MOTION FOR PROTECTIVE ORDER

COME NOW Greg White, Chairman of the Covington County Commission, Anthony Clark, Sheriff of Covington County, Alabama, Jerry Edgar, Interim Jail Administrator of the Covington County Jail, Covington County, Alabama, and Dorene Nelson, Assistant Jail Administrator of the Covington County Jail, Covington County, Alabama, Defendants in the above-styled cause, and move this Honorable Court for a Protective Order. In support of this Motion, Defendants state as follows:

1. On or about August 2, 2005, the Plaintiff in this action served on the Defendants a "Motion for Records," "Request for Production of Documents Etc. Under Rule 24," and what appears to be a Request for Subpoena.

2. This District's Local Rule 26.2 requires that no discovery be commenced until after a scheduling order is entered, and also requires the parties to engage in a discovery planning meeting.

3. This Court has not yet entered a scheduling order in this matter, nor have the parties engaged in a discovery planning meeting.

WHEREFORE, PREMISES CONSIDERED, Defendants request this Honorable Court to enter a Protective Order denying or suspending Plaintiff's requests and motions until such time,

1

if ever, that the Court enters a scheduling order in this matter and the parties conduct a discovery planning meeting.

Respectfully submitted on this the 11th day of August, 2005.

>**s/Scott W. Gosnell**
>GARY L. WILLFORD, JR. Bar Number WIL198
>SCOTT W. GOSNELL, Bar Number: GOS002
>Attorneys for Defendants
>WEBB & ELEY, P.C.
>7475 Halcyon Pointe Road
>P.O. Box 240909
>Montgomery, Alabama 36124
>Telephone: (334) 262-1850
>Fax: (334) 262-1889
>E-mail: sgosnell@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of August, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served the following by U.S. Mail:

>Leonard Dorsey
>Covington County Jail
>290 Hillcrest Drive
>Andalusia, Alabama 36420

>**s/Scott W. Gosnell**
>OF COUNSEL

2