In the United State District Court
for the Middle District of Alabama
Northern Division

2

Leonard E. Dorsey
   Plaintiff

V.

Greg White et Al.,
   Defendants.

Civil Action No; 2:05-CV-565-T

## Plaintiff Special Report

Comes now Plaintiff; Leonard E. Dorsey Plaintiff submitted claim June 14, 2005. Plaintiffs; Allegations are Respectfully True of Violations of his Constitutional Right

(A) Medicial procedure's Stated In Exhibit(A) Grievances Date May 12, 2005 of "Stress" being Addicted to Cocain and mental defect of mind, Plaintiff being unlearned In medicine having nightmares needed Treatment by Professional

(B) 8th Amendment note 564

Denial of adequate medical Screening and Classification Record keeping Sick Call procedures and Timely access to care at county Jail constituted deliberate Indifference to potentially serious medical needs of pretrial Detainess and Convicted Prisoner alike in Violation of this Amendment Dawson V. Kendrick DC. W. Va, 1981 527 f. Supp 1252

(C) Due process 14-8 Amendments Note 564

Source of pretrial Detainess Rights to medicial Treatment is found In Due process Clause with decisions Interpreting is found cruel & unusual Punishment Clause of 8th Amendment serving as useful analogies. Hampton V. Holmesburg Prison Officials (1976, Ca 3 pa) 546 f 2d 1077.

3/

(6) 9 Ala 2d - 947 2501 constitutional law

A Criminal Statue will be found to violate Equal protection clause of the United States Constitution If an accused can demonstrate persons are court that similary situated persons are not being treated equally and that discriminations unjustifiable Standard of Arbutrary Classifications Code 1975 13A-5-9, 13A-6-4 Comment, USCA Const. (Amend 14)

(7) Amend 8 note 470 Sanity of Prisoner

When sub. human condiction existing At a Jail facility cannot help but destory spirit and threaten the Sanity of Inmates the courts Must Act Immediately to enforce mandates of constitution Brenneman V. Madigon D.C. Cal. 1972, 343, f. Supp, 128

Comes now Plaintiff, Leonard E. Dorsey I Respectfully Willfully & Truthfully Submmitte amendments 8-14 as also statement. Plaintiff being BIPolar Sketsopcantic and not of knowledge of Doctorat Degree Pleaded with Greg white etc. as also Administration Heads of Agency. their are a 72hrs by law to Respond this being over 151 weeks or better.

Certificate of service by united states postal
Done this Day Aug. 2, 2005

Sign Leonard E. Dorsey
Notary Patricia A. Sweatt
Date  1-29-09

Exhibit A

(A) plaintiff, medical defect of mind "BI polar Skitsofrantic"
1. (Facts) plaintiff Response to Defendants False Alligations

(A) facts; Plaintiff was Incarcerated In covington Co. Jail April 26, 2005, for failure to Appear. Exhibit A facts 1 plaintiff Leonard E Dorsey was Stressed because of defect State of mine. (A 2) Booking officer "Robbie Beck" "Mike Mitchell" witness mental emotional upset which these Alligations being "True" their was not an Examination by CCJs Doc. Willard Mcwhorter III or any other medical Proceedures before or After Arrest Date April, 26, 2005.

(A) facts 3/ plaintiff; submitted medical Sick call form: "Stressed, Headaches, dizziness Sleeping disorder. Plaintiff, unlearned In medicine or P.H.D. degrees. not being Doc. or Nurse.

(B) facts 1/ Exhibit I; Plaintiff, Took TB Test by medicial Staff (NO MORE Than That) fact 1 may, 1, 2005 – may, 3, 2005 Test determind to be negative (True)

(B) fact 2/; plaintiff was Trying to recieve help for mental Defect and drug Addiction before being Incarcerated

(B) fact 3/; Plaintiff; spoke with medical Nurse about night mares and sinfull thoughts. Plaintiff only signed Tuberculois Test forms Alligation are false"

(B) facts 5/; plaintiff submitted medicial for dentist, sinus also drug withdrawals Symptoms Plaintiff have no medicial degrees This being may, 8, 2005 "True" may, 9, 2005 Medical nurse Judy of Southern Health partners Inc. Prescribed Ibuprofen and Deonomine administered morning $ nights and to see Dentistry.

(B) fact 6/ plaintiffs medication being Desyrel 150 mg Ts Hs which is very Strong Plaintiff Explained to nurse Mr Judy Replyed Take it or leave it Nightmares Constantly awaken in sleep sweating and continuosed

Exhibit B                    5/

(B) Fact 6/Plaintiff; Request to see Doc. McWhorter III Request denided Dr. Willard McWhorter III has prescribed medicine without examination to this day I have never being examin by CCJs Dr Willard McWhorter III "Plaintiff" swares to the best of truth of these Alligations

(B) Fact 7/plaintiff; Plaintiff being under supervison of Covington Co. Jail have never denided medicine or sick calls. "That Defendants Statement is false" these Alligations are "false" What extent would the defendants go to deprive the Inmate due process of 8th Amendments this being U.S. constitutional law Cruel and Unusual Punishment.
these false Alligations by Defendants remain to this day in their frame work until this day plaintiff; have plead for Justice through out his Incarceration.

(B) Fact 8/Plaintiff; filed medicial Request May.9, 2005 as also Telephone Call to Attorney and father Request Granted May 10, 2005 "True". Plaintiff also filed Grievances complaining of lockdown false Alligation assault on another Inmate, "untrue" plaintiff Request an Investigation this was denided also plaintiff; agrees that theirs partiality between staff and Inmates the Administration heads failed to do their Jobs.

(B) Fact 9/plaintiff have not gotten response from chief; Ocrevu Nelson to this day by Grievances, Visable or Any other means Defendant Statement being false May.17, 2005. Plaintiff have filed many Grievances for Investigation of Alleged Alligations to no response

(B) Fact 10/Plaintiff again filed medicial sick call Request complaining Stressed and drug Addiction

3/                                                                     6/

## Exhibit B

(B) fact 11/ plaintiff filed medical Request May 27, 2005 complaining "Stressed and In need of psychiatric Examination. medical nurse Judy of Southern Health partners Inc. began to confuse plaintiff by unprofessional medical proceedures Virably being belligerant to plaintiff then Plaintiff became Virably abusive to nurse Judy. nurse fail to Provide propert medical Treatment also denided Examination by Dr. Willard McWhorter III as also any other Examinations Date May 30, 2005

(B) fact 12/ plaintiff; filed medicial Requesting Evaluation by Mental Health professional and Chaplin MR. Tom Curry as well any other Medicial Care provided by Southern Health partners to Relieve mental stress of Defect of mind.

(B) fact 13/ Plaintiff did talk with chaplin MR. Tom Curry June 3, 2005 which Chaplin Tom Curry Prayed with plaintiff during and after conversation Chaplin Tom Curry stated case was beyoun his Reach and would Respon Virably with Defendants any and all parties.

(B) fact 14/ plaintiff filed medical Request June 4, 2005 "Stressed" for medical Treatment of mental and physical stress Inability to sleep Request Examination to no response. Plaintiff being unsure of dates Defendant never Respond to plaintiff again at this time Virably or to Redress Grievances; Defendants statement being false (See note of Grievance or Grievances Date June 2, 2005) C/o Chad Wallace found Grievance under counter IN C/o pod under counter passed it out June 5, 2005. Defendant respon on June 3, 2005

Exhibit B

(B) fact 15 plaintiff request notary public June 5, 2005 which court returned a motion of complaint filed in court denying notary or failure to respon Defendants Respon on June 14, 2005 this being partialities against plaintiff. Plaintiff have file documents by Grievances on all matters addressing above Defendants to be Redress often no Reply.

(B) Plaintiff focus and facts
Plaintiff; Statements are True to the best of my Knowlege Plaintiff Suffers from Denial of Truth from Defendants. Defendants fail to provide Good work Ethics to preform Administrative Duties of Day to Day Running of this Institution of correction. These performates are Cruel & unusual punishment. it Deprives me of my constitutional right. Covington County Jail being my Resident Im deprived the right to be Secure in my Persons, Houses, Papers & Effects Amendment 4 the Amend 5 states no person shall be deprived of life liberty or property. Amend 1 no law shall abridg the freedom of speech or the right to peaceably assemble to petition the Government for a Redress of Grievances.

(B) Plaintiff have Suffered seriously from lack of Administrative, Governmental agency Head with unhuman Condistion neglect of Duties failure to redress medicial also living condistion Staff Infiction, overcrowding, Gangs, violants, Threats, Drugs, Brown Recloise spiders and Bities, unsanitation only 1 to 2 Showers working Toliets out of order, Roits Breake Outs Daily Diery food has gotten somewhat better only lock of "fruits"

Office of the Clerk
United States Dist. Court for
the middle Dist. court of Ala

RECEIVED Aug, 11, 2005 Wed

2005 AUG 16 A 8:41

This morning I Leonard E. Dorsey Called 8:10 AM for notary after Grievances had been filed for Request Aug, 4, 2005 this date being Aug, 11, 2005 and them Refused in administration of Covington Co. Jails' office Infront of Jailer's Clifton Poetry SGT David Whitt, Jerry Edgar,
Jailers witness; of acknoweleged my Right or Call to notary 8:10 am
Rodney Burkett, Don Jackson, Kieth Varner, Bill Blue.
Each of these Jailer's knew and acknowledge this statement made by Called of notary or in office at this Time.

Certificate of Service by United States Postal Service
Done this Day Aug,    , 2005

To Serve: Any and all parties acting under Color of law within the State of Alabama

The middle Dist. of Ala.
Office of the Clerk,
United States Dist. Court
P.O. Bx 711
Montgomery, Ala.
    36101-0711

Signed: Leonard E. Dorsey
Dated; Aug, 12, 2005

Notary Public; [signature]
Dated; 8-12-05    1-29-0f

The United States Dist. Court for
The Middle Dist of Alabama Northern Divison

I Leonard E. Dorsey sending letter of notice 2 packages 8x10 / white in color other yellow in color legal Document contands 174 between the two as also to defendants / 8x10 color green and white contands 174 pages and certified Document Please Redress If Recived Certified by Covington Co. Jail

Done this Day Aug, 11, 2005

Signed; Leonard E. Dorsey
Dated; Aug 12, 2005

Notary; Patricia Sweatt
Dated; 8-12-05        1-29-09

Certificate of Service

I Leonard E. Dorsey have served the defendants twice with same Documents once commissioner: Greg White ck.. this time being defendants Att webb & elay P.C. and "the United States District court for the Middle Dist of Ala." 7475 Halcyon public Rd. P.O. Bx 240909 Montgomery, Al, 36124

Certificate of service pby united states postal Done this Date Aug.   , 2005

Served to: defence Att. Webb & Ely P.C
7475 Halcyon P.C.
P.O. Bx 240909
Montgomery Ala. 36124

Served: The United States Dist. for the Middle Dist. Court of Ala,
Office of the Clerk
United States Dist. Court
P.O. Bx 711
Montgomery Ala. 36101-0711

Signed:
Dated Aug,   , 2005

Notary Public
Dated Aug,   , 2005



Exhibits maintained in seperate binder w/fie