Form 23

United States District Court
RECEIVED for
The Middle District of Ala.
2005 AUG -4  A 9:48
Northern Divisons

Leonard C. Dorsey
  Plaintiff                        Civil Action No# 2:05-CV-565-T

V.

  Greg White
  Anthony Clark                    Interveners Request
  Jerry Edogar
  Dorene Nelson

Motion For Records

Now comes the plaintiff; Leonard E. Dorsey submitting motion To pro:se Plaintiff motions for Defendants of said sytled case To; Rendee Documents of copies of any and all materials and allegations and actions taken against said parties.

1.ᴬ these documents will assure proof In civil Actions Taken of Said Parties
2.ᴮ Defendants deny Allegations
3.ᶜ fail to submitte true documents ask the courts to assure these matters and ommit documents

1. Plaintiff is not the first Inventor of the Articles covered by the letters Patent specified In this complaint, since Articles Substantially Identical In Character were previously, patented In letters patent granted to Intervener on (Jan, 5, 1920) (Amend 1949)

Signature Leonard E. Dorsey
Notary Patricia A. Sweatt
Date Aug. 2, 2005                          1-29-09

13
form 23

2. this motion of complaints to Intervener supports Allegations of parties In Civil Action NO# 2:05-CV-565-T

3. these documents support plaintiff also witness, Grievances on Relief of Plaintiff truth of willfull neglect of Duties of parties that holds Captivity In official offices Acting under Color of said State of laws

Carificate of Service by united States Postal. Date Aug. , 2005

Signature — Leonard E. Doury
notary — Patricia A. Suecett
Date — Aug. 2, 2005

1-29-09

the united States District Court for the middle District of Ala northern Division

~~sealed as~~
Served also to defendants Att. webb's eley P.C.
7475 Halcyon Public Rd
P.O. Bx 240909
Montgomery Al. 36124