Form 24

# United States District Court
## for
### the Middle District of Ala.
### Northern Division

RECEIVED 2005 AUG -4 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

Leonard E. Dorsey # 48
Plaintiff
            X
            X
            X
V.          X
            X   Civil Action No. 2:05-CV-565-T
            X
Greg White etc.   X
Anthony Clark etc. X
Jerry Edegar     X
Dorene Nelson    X
                 X

### Request for Production of Documents etc under Rule 34.

1. Plaintiff Leonard E. Dorsey Request Defendant Greg white etc., Anthony Clark etc., Jerry Edegar & Dorene Nelson to Respond within 10 Days to the following Request;

2. that Defendants produce and permit Plaintiff to Inspect and copy each of the following documents; listed the Individual or category described in Each of them. (Time & Place and manner making Inspection performance of Any Related Acts)

3. That defendant permits plaintiff to enter (described property to be entered) to Inspect to Paragraph (test or sample portions of Real property & objects to Inspected) Time Place manner making Inspection & performance Related Acts) (Amended 1970)

Certificated of service by united states postal
Done said Date Aug, , 2005

Signature - Leonard Dorsey
Notary - Patricia A. Sweat
Date - Aug 2, 2005

1-29-09