P
FORM 25

# Request for admission under Rule 36

Plaintiff Leonard E. Dorsey v. Defendant Greg White etc. within 10 Days after Service of this Request to make the following admission for the purpose of this Action only subject to all pertinent objection to admissibility which may be Interposed at Trial;

(1) That each of the following documents, Exhibited within this Request is genuine. Riots, Break outs, Complaints, medicial Treatment, Grievances, Document of Allegations of Willful neglect of Duty By any & All Parties In said stiled case no# - 2:05-CV-565-T (list Documents and described each document).

(2) That each of the following Statement is True. (list statments) Complaints, Grievances, medicial Treatments, Riots, Break outs, willful neglect of Duties by parties of lawsuit

(Amend 1948.)

Signed, Leonard E. Dorsey
Addressed;
Date - Aug. 2, 2005

§ Certificate of Service by united states postal
Done said Date Aug. , 2005

Notary - Patricia Sweatt
Date - Aug. , 2005        1-29-09