Form 28

United States District Court
for
The middle District of Ala.
Northern Divisons

RECEIVED
2005 AUG -4 A 9: 48
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Leonard E. Dorsey                        X
  Plaintiff                              X
V.                                       X   Civil Action No 2:05-CV-565-T
  Greg White etc.                        X
  Anthony Clark etc.                     X   notice condemination
  Jerry Edgar                            X
  Dorene nelson                          X

Motion

Comes Now plaintiff; Leonard E. Dorsey. Motion to pro;se motion to Insert names of defendants to who notice is directed. Defendant; Greg white etc., Anthony Clark etc. Jerry Edgar, Dorene nelson. I plaintiff Leonard E. Dorsey motion to proceed Address of said parties of Covington County Jail employees. Heathy Kelley, Mike Mickell, Chad Wallace Clifton Portry, Don Jackson, Tom Spinginer And Bill Blue. These parties of said names or requested for Supena and to Address Persons of Employees.

Certificate of Service by united states Postal
Done Said Date Aug, , 2005

Signature - Leonard E. Dorsey
notary - Patricia Sweatt
Date - Aug. 2, 2005      1-29-09

Form 28, 25824

Supena Copies of Records of Covington County Jail
From said Dates Jan.1, 2003 – Aug.1, 2005

1. Hospital        —    Jan.1, 2003 – (Records)   Aug.1, 2005
2. Maintance      —    Jan.1, 2003 – (Records)   Aug.1, 2005
3. Mental Illness  —    Jan.1, 2003 – (Records)   Aug.1, 2005
4. Accendents     —    Jan.1, 2003   (Records)   Aug.1, 2005
5. Roits           —    Jan.1, 2003   (Records)   Aug.1, 2005
6. Brake outs     —    Jan.1, 2003   (Records)   Aug.1, 2005
7. TV News        —    Jan.1, 2003   (Records)   Aug.1, 2005
8. Radio          —    Jan.1, 2003   (Records)   Aug.1, 2005
9. Fights         —    Jan.1, 2003   (Records)   Aug.1, 2005
10. Drugs         —    Jan.1, 2003   (Records)   Aug.1, 2005
11. Volants       —    Jan.1, 2003 – Aug.1, 2005
12. Threats       —    Jan.1, 2003 – Aug.1, 2005
13. Food Complaints — Jan.1, 2003 – Aug.1, 2005
14. Jailors fired or Quit — Jan.1, 2003 – Aug.1, 2005
15. Murders on Sheriff Dept. Employees and Jailors at Default — Jan.1, 2003 – Aug.1, 2005
16. Complaints filed against Sheriff: Anthony Clark, Comm: Greg White, Jerry Edgar,
17. Administration: Darene Nelson. — Jan.1, 2003 – Aug.1, 2005
18. Lawsuits: Allegation in pleas of no contested — Jan.1, 2003 – Aug.1, 2005
19. Grievances: filed of said parties – of neglect of Duty — Jan.1, 2003 – Aug.1, 2005
20. Pictures = to taken potos of Jail conditions; faulted showers, Toilets & living condition, overcrowdness, Brown Recluous Bites spiders, Staff Infections and All other me — Jan.1, 2003 – Aug.31, 2005 – Records

Certificate of Service
United State Postal (Any and All Documents)
Medical Records of Plaintiff

Signature – Leonard G. Duss
Notary – Patricia Sweatt
Date – Aug 12, 2005

1-29-09

Form 26   Rules of Civil Procedure

## Allegation of Reason For Omitting Parties

1. necessary, under Rule 19(c) for the pleader to set forth pleadings names; Greg White etc., Anthony Clark etc., Jerry Edgar, Dorene Nelson and Clos names Heath Kelley, Mike Michell, Chad Wallace, Cliffton Poetry, Don Jackson, Tom Spingenier, Bill Blue, Calvin ____: made party of this Action (To be made a party without or with Action without depriving the Court of Jurisdiction.)

### Reasons

1. All parties or Ether witnesses of Defendants In civil Action No# 2:05-cv-565-T
2. Jailors or to witness Duties and Duties of Administration Heads
3. Complaints, Grievances, Roits, Gangs, Volants, Threats, Shake downs, lockdown food Daily Duty Requirements, lack of Toilets, Showers, leaches, Maintences And Duties they perform as Jailors of Covington County Jailors to Redress overcrowdnes unsanitations living condision, Staffing fiction, Brown Reclusion spidee Bities Brake outs, Roits, Volants, Gangs and others condistion Due to lack of performance of Administration Heads and also th testified against said Parties of Any and All Allegation of Said Residents and condistions

Certificate of Service by United States Postal Done said Date Aug, 2, 2005

Signature, _____

Notary Patricia Sweatt
Date Aug 2, 2005            1-29-09