IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| LEONARD E. DORSEY | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-565-T |
| GREG WHITE, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Records (Doc. No. 17) and Motion to Insert Names in which he identifies individuals to whom his request for documents is directed (Doc. No. 20), and in light of the court's August 17, 2005 order granting Defendants' Motion for Protective Order, it is

ORDERED that the motions (Doc. Nos. 17 & 20) are DENIED.

Done, this 22nd day of August, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE