In the United States District Court
For the Middle District of Alabama

LEONARD E. DORSEY
Plaintiff
                                    Case No# 2:05-CV-565-T
V.

GREG WHITE ET. AL
Defendant

## Motion for Production Order Rule 24

Plaintiff motion for production under Rule 24 plead court to Grant (Document no#14) to proceed. these documents could prove plaintiffs Allegation with complete discovery if admissible of evidence.

1. the request will show evidence of corruption and charges held against covington county jail

2. Defendants have recent lost trial in said county
3. Dietry of daily food consumption are prepared by Sheriff; Anthony Clarks wife
4. their is no 24 hr medical staff
5. Riots breakout overcrowdness
6. overcrowdness passes capictivity by twice the Amount
7. Medical Treatment Very poor

Plaintiff can provide evidence of fraud these facts would inclose burden of proof that the defendants attempts to deprive the court of the Truth of Plaintiffs Allegations

Alabama Civil procedure.
§ 6.10 site

(11) Ex part Mack, 461 so. 2d 799, 801 (Ala, 1984); Ex parte McClarty Const & Equip. Co. 428 so, 2d 629, 634 (Ala, 1983); Ex parte Dorsey Trailers 397 so. 2d 98, 103 (Ala, 1981)

(12) Ex parte Rudder, 507 so. 2d 411, 414 (Ala 1987) ("full discovery")
Ex parte Van Buren v. Dendy, 440 so. 2d 1012, 1014 (Ala, 1983) ("full discovery")

Certificate of Service

by United States Postal Service prepaid the United States District Court to be filed by Clerk of Court P.O. Bx 711

Montgomery Alabama
36101-0711

Served To:
Webb & Eley P.C.
7475 Halcyon Road
P.O. Bx 240909
Montgomery Ala.
36124

Sworn to and subscribed before me on this __22__ Day of AUG, 2005 notary _Patricia Sweatt_, COMM EXP _1-29-09_

Plaintiff _Leonard E. Drry_       _Patricia Sweatt_

290 Hillcrest Drive
Andalusia Ala
36420