

The United States District court for
the middle Dist. court of Ala
 northern Divison  2005 AUG 24  A 9:47

Stated Leonard E. Dorsey   v.   Gregg White, et Al.)
        Plaintiff                        Defendant

Civil Action # - 2:05-CV-565-T

Motion of Production
for medical Records

Comes Now Leonard E. Dorsey before this court and is pleading by motion Requesting all medical Records to support Allegation that have been stated in fed 42 uscs 1983 form. the Mental Hospital or Treatment Taken by Doctor or Doctors of Covington County Jail Authorized by Covington Co. Jail and Southern Health Partnes. "CCJ. DR. Willard McWhorters"

Certificate of Service
by United States postal service postage prepaid to the United States District court to be filed by Clerk of court PO. BX 711
                                                   Montgomery Alabama
                                                   36101-0711

Sworn to and subscribed before me on this 28 Day of Aug, 2005  Notary Patricia Sweatt Comm Exp Leonard Dorsey Plaintiff
Patricia Sweatt   1-29-09

290 Hillcrest Drive
Andalusia Al 36420