The United States District for
The Middle District of Alabama

2005 AUG 24 A 9:47

Leonard E. Dorsey    v.   Chairman Greg White etc.
Plaintiff                 Defendants

Case No# 2:05-CV-565-T

Motion to Order

Comes the plaintiff; Leonard E. Dorsey motion to pro;se.
Plaintiff wishes the Honorable court to order defendants to have notary public to provide services in timely fashion, more than 45 min in law library. To be able to check out law books as needed. More broader range of law books in crimial procedures such as named below.

1. Criminal Justice
2. Criminal law 1 - 14 And Books
3. Title 15A 1975 - 2000 - Black -n- Blue Books
4. Title 13A 1975 - 2000 - Black -n- Blue Books
5. Criminal Procedure
6. This is just to name a few their a many more thats need
7. Failure to full range of law books in law libary
8. Order to inforce medicial procedures and request in timely fashions

Certificate of Service

Sworn and subscribed before me this Date Aug 2005 Served the defendants by United States prepaid postal

To Submit by Clerks office
United States Dist. Court
P.O. Bx 711
Montgomery, Alabama
36101-0711

Served to; Webb & Eley P.C.
7475 Halcyon Road
P.O. Bx 240909
Montgomery Alabama
36124

Signed; Leonard Dorsy
Dated; Aug, 22, 2005

Notary Public; Patricia Sweatt
Dated; 8-22-05
1-29-09