RECEIVED

The United States District Court for
the Middle District court of Ala
North Divison

Leonard E. Dorsey V. Greg white, et Ala.,

Civil Action no# - 2:05-CV-565-T

Motion of production
for medical Records

Comes now Plaintiff Leonard E. Dorsey Motion to proise by motion Requesting all medical Records from mental Health within restriction by court for plaintiff by due process of law

1. 8th Amendment note 564
Denial of adequate medical screening Classification Record keeping sick call proceedures and Timely access to care at county Jail constituted deliberate Indiffence to potentially Serious medical need of Preterial Detaines and Covicted prisoners alike in Violation of this Amendment Dawson V. Kendrick DC. W. Va, 1981 527 f. Supp. 1252

6th Amendment note 461   Mental Health Treatment
Failure to hospitalize known mentally ill when penal institution personal knew they could not provide medical or Phychiatric Services constituted Cruel and unsual punishment. feliciano U. Barcelos D.C. Puerto Rico 1979, 497 f. Supp. 14.

Certificate of Service

by United States Postal Service prepaid to the United States District Court to be filed by Clerk of Court P.O. Box 711
Montgomery Alabama
36101-0711

Served To
Webb & Eley P.C.
7475 Halcyon Pointe Road
P.O. Box 240909
Montgomery Alabama
36124

Sworn to and subscribed before me on this ____22____ Day of Aug, 2005  notary Patricia Sweatt mm exp. 1-29-09
Plaintiff. Leonard. Dorsey
290 Hillcrest Drive
Andalusia Ala 36420