IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| LEONARD E. DORSEY | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-565-T |
| GREG WHITE, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Pending before the court are Plaintiff's Motion for Production Order Rule 24 (Doc. No. 22) and Motions for Production of Medical Records. (Doc. Nos. 23, 25.) In light of the court's August 17, 2005 order granting Defendants' Motion for Protective Order (*see* Doc. No. 15), the court concludes that Plaintiff's discovery motions should be denied.

Accordingly it is ORDERED that:

1. The Motion for Production Order Rule 24 (Doc. No. 22) is DENIED; and

2. The Motions for Production of Medical Records (Doc. Nos. 23, 25) are DENIED.

Done this 30th day of August, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE