IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| LEONARD E. DORSEY | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. 2:05-CV-565-T |
| GREG WHITE, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Order wherein he requests the court to direct Defendants to provide notary services, specific amounts of law library usage time, and various legal reference material, and for good cause, it is

ORDERED that the motion (Doc. No. 24) be DENIED.

Done this 30th day of August, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE