IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEONARD E. DORSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION NO. 2:05CV565-MHT |
| | ) |
| | ) |
| GREG WHITE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On July 26, 2007 (Doc. #29), the Magistrate Judge filed a Recommendation in this case. After a review of the Recommendation, to which no timely objections have been filed, and after an independent and de novo review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED and ADJUDGED as follows:

1.    That the Recommendation (Doc. #29) of the Magistrate Judge is ADOPTED;

2.    That Defendants' motion for summary judgment (Doc. #10) is GRANTED;

3.    That this case is DISMISSED with prejudice; and

4.    That Plaintiff is TAXED with the costs of this proceeding.

An appropriate judgment will be entered.

DONE, this the 27th day of August, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE